IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION, Plaintiff, | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF FACT DISCOVERY**

Defendant, UNITED STATES OF AMERICA, respectfully moves for an enlargement of time for fact discovery. On April 24, 2006, the parties jointly moved for an extension of fact discovery. The Court granted that joint motion on April 26, 2006, and ordered the deadline for fact discovery to be extended from May 1, 2006 to September 1, 2006. On July 31, 2006, the parties again jointly moved for an extension of fact discovery. The Court granted the joint motion on August 2, 2006, and ordered the deadline for fact discovery to be extended until October 2, 2006.

Due to certain developments in the case, which are listed below, Defendant respectfully moves for a 32-day enlargement for fact discovery.

1. Defendant noticed several depositions for the week of September 25, 2006, in Little Rock, Arkansas. Due to scheduling conflicts, Plaintiff is unable to defend all of these depositions during the noticed times. Therefore, Plaintiff requested

that some of the depositions be rescheduled for a later time. The only time agreeable to both parties is during the week of October 30, 2006, in Little Rock, Arkansas. Plaintiff has informed Defendant that it does not object to the enlargement of fact discovery for the purpose of taking these previously noticed depositions.

2. Defendant served a subpoena duces tecum for a fact witness, who is a former employee of Plaintiff, for a deposition on October 2, 2006. Due to scheduling conflicts, Plaintiff is unable to defend the deposition on that date. Although Defendant conferred with Plaintiff about moving the October 2, 2006 deposition to a later date, Plaintiff has not definitively indicated its position on rescheduling this deposition. Thus, due to the impending fact discovery deadline, Defendant seeks the Court's approval to enlarge fact discovery.

3. Other than those persons whose depositions have already been noticed or who have been subpoenaed for a deposition, Defendant may wish to depose additional persons who have yet to be noticed, during the week of October 30, 2006, in Little Rock, Arkansas. Plaintiff has informed Defendant that it would like to limit the extension of fact discovery to only those depositions that have already been noticed. Defendant moves the Court to allow for unlimited fact discovery until November 2, 2006, as new information may come to light during the impending depositions.

Accordingly, Defendant moves the Court to extend fact discovery by 32 days or up to and including November 3, 2006.

Dated: September 27, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ HelenAnne Listerman
HELENANNE LISTERMAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 305-0239

Of Counsel:

Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel