# Exhibit A

**U.S. Department of Justice**

Environment and Natural Resources Division

90-1-23-11556

*Natural Resources Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0239*
*Facsimile (202) 305-0506*
*HelenAnne.Listerman@usdoj.gov*

September 25, 2006

*Via Electronic Mail and U.S. Mail*

Julie D. Greathouse
Perkins & Trotter, PLLC
P.O. Box 251618
Little Rock, AR 72225-1618

Re: Arkansas Game & Fish Commission v. United States, 05-381-L (Fed. Cl.)

Dear Julie:

As the parties previously discussed on Friday, September 22, 2006, Defendant's experts would like to install approximately seven to ten water-level gages on the Dave Donaldson-Black River Wildlife Management Area (WMA) in the next few weeks. The water-level gages will be removed once the winter flooding on the WMA has subsided, which we would expect to be no later than April 2007. We do not object to your request that Plaintiff's experts accompany our experts during the installation of the water-level gages.

Please let us know whether our experts may move forward with the installation of the water-level gages on the WMA. We would appreciate a response by Friday, September 29, 2006.

Sincerely,

HelenAnne Listerman

HelenAnne Listerman

CC: James F. Goodhart, Arkansas Game & Fish Commission
G. Alan Perkins, Perkins & Trotter, PLLC
Jennifer Dalton, U.S. Army Corps of Engineers