# Exhibit B

**PERKINS & TROTTER, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY
*Attorneys and Counselors*

JULIE D. GREATHOUSE
jgreathouse@perkinstrotter.com

POST OFFICE BOX 251618
LITTLE ROCK, ARKANSAS 72225-1618
TEL 501-603-9000
FAX 501-603-0556
www.perkinstrotter.com

*Street Address*
1 Information Way, Suite 200
Little Rock, Arkansas 72202

October 5, 2006

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
'06 OCT 10 P3:07

*Via Email and Regular Mail*
HelenAnne Listerman
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663

Re: *Arkansas Game & Fish Commission v. United States*; Ct. Fed. Cl., No. 05-381L

Dear HelenAnne:

By telephone on September 22, 2006, you stated that Defendant's experts wish to install water gauges on the WMA in the next few weeks. You also stated that your experts would read the gauges for a few months, and would remove the gauges in the spring of 2007. I asked that you put the request in writing so that I could talk with my client and our experts about this request. You did so by letter of September 25, 2006. I mentioned to you during the week of September 25, 2006, during a deposition break, that AGFC believes the installation of the gauges and gathering of information related to those gauges constitutes fact discovery. Upon further research and discussion, AGFC objects to the installation of the gauges because fact discovery has ended. This fact discovery will delay the case for many months as we cannot begin expert discovery until your experts have an opportunity to collect, review and opine about the data collected.

Although I understand you were not the attorney of record in this case at its inception, this case has been pending for over a year and half. We have already litigated through one winter flooding season. Your predecessor attorney never made such a request, and the current request simply comes too late.

Sincerely,

PERKINS & TROTTER, PLLC

Julie Greathouse

Julie D. Greathouse

JDG/scr
cc: James F. Goodhart