# Exhibit C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION, Plaintiff, | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**DEFENDANT'S RULE 34 REQUEST TO INSTALL WATER-LEVEL GAGES ON THE DAVE DONALDSON-BLACK RIVER WMA**

Pursuant to Rule 34 of the Rules of the United States Court of Federal Claims, Defendant requests to install approximately seven to ten water-level gages on the Dave Donaldson-Black River Wildlife Management Area (WMA). Because Plaintiff will be initiating winter flooding on the WMA in the immediate future, or perhaps has already initiated this flooding, Defendant requests that the water-level gages be installed as soon as possible, but not later than October 27, 2006. The water-level gages will be removed once the winter flooding on the WMA has subsided, which Defendant would expect to be February 2007 at the earliest, but no later than April 2007. Plaintiff's experts are welcome to accompany Defendant's experts during the installation of the water-level gages.

Defendant previously made this request by telephone on September 22, 2006, and then by letter dated September 25, 2006. Ex. A. Plaintiff denied this request by letter dated October 5, 2006. Ex. B.

Defendant formally renews this request to install water-level gages, which will be used by Defendant's experts in measuring and testing the property, under Rule 34. Such testing and measuring by experts does not constitute fact discovery. Due to the limited time available for installation of the water-level gages because of the impending winter flooding, Defendant requests that Plaintiff reply to this request by Friday, October 13, 2006. If Defendant does not receive a response from Plaintiff by that date, then Defendant will assume that Plaintiff's previous response, in its letter dated October 5, 2006, stands.

Dated: October 11, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

Helenanne Listerman
HELENANNE LISTERMAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 305-0239

Of Counsel:
Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel

# Exhibit A

**U.S. Department of Justice**

Environment and Natural Resources Division

90-1-23-11556

*Natural Resources Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0239*
*Facsimile (202) 305-0506*
*HelenAnne.Listerman@usdoj.gov*

September 25, 2006

*Via Electronic Mail and U.S. Mail*

Julie D. Greathouse
Perkins & Trotter, PLLC
P.O. Box 251618
Little Rock, AR 72225-1618

Re: Arkansas Game & Fish Commission v. United States, 05-381-L (Fed. Cl.)

Dear Julie:

As the parties previously discussed on Friday, September 22, 2006, Defendant's experts would like to install approximately seven to ten water-level gages on the Dave Donaldson-Black River Wildlife Management Area (WMA) in the next few weeks. The water-level gages will be removed once the winter flooding on the WMA has subsided, which we would expect to be no later than April 2007. We do not object to your request that Plaintiff's experts accompany our experts during the installation of the water-level gages.

Please let us know whether our experts may move forward with the installation of the water-level gages on the WMA. We would appreciate a response by Friday, September 29, 2006.

Sincerely,

HelenAnne Listerman

HelenAnne Listerman

CC: James F. Goodhart, Arkansas Game & Fish Commission
G. Alan Perkins, Perkins & Trotter, PLLC
Jennifer Dalton, U.S. Army Corps of Engineers

# Exhibit B

**PERKINS & TROTTER, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY
*Attorneys and Counselors*

JULIE D. GREATHOUSE
jgreathouse@perkinstrotter.com

POST OFFICE BOX 251618
LITTLE ROCK, ARKANSAS 72225-1618
TEL 501-603-9000
FAX 501-603-0556
www.perkinstrotter.com

*Street Address*
1 Information Way, Suite 200
Little Rock, Arkansas 72202

October 5, 2006

*Via Email and Regular Mail*
HelenAnne Listerman
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663

Re: *Arkansas Game & Fish Commission v. United States*; Ct. Fed. Cl., No. 05-381L

Dear HelenAnne:

By telephone on September 22, 2006, you stated that Defendant's experts wish to install water gauges on the WMA in the next few weeks. You also stated that your experts would read the gauges for a few months, and would remove the gauges in the spring of 2007. I asked that you put the request in writing so that I could talk with my client and our experts about this request. You did so by letter of September 25, 2006. I mentioned to you during the week of September 25, 2006, during a deposition break, that AGFC believes the installation of the gauges and gathering of information related to those gauges constitutes fact discovery. Upon further research and discussion, AGFC objects to the installation of the gauges because fact discovery has ended. This fact discovery will delay the case for many months as we cannot begin expert discovery until your experts have an opportunity to collect, review and opine about the data collected.

Although I understand you were not the attorney of record in this case at its inception, this case has been pending for over a year and half. We have already litigated through one winter flooding season. Your predecessor attorney never made such a request, and the current request simply comes too late.

Sincerely,

PERKINS & TROTTER, PLLC

Julie Greathouse

Julie D. Greathouse

JDG/scr
cc: James F. Goodhart

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing DEFENDANT'S RULE 34 REQUEST TO INSTALL WATER-LEVEL GAGES ON THE DAVE DONALDSON-BLACK RIVER WMA was served by overnight mail and by electronic mail on this 11th day of October, 2006, to the following counsel:

Julie Greathouse
Perkins & Trotter, PLLC
P.O. Box 251618
Little Rock, AR 72225-1618
jgreathouse@perkinstrotter.com

G. Alan Perkins
Perkins & Trotter, PLLC
P.O. Box 251618
Little Rock, AR 72225-1618
aperkins@perkinstrotter.com

James F. Goodhart
Arkansas Game & Fish Commission
2 Natural Resources Drive
Little Rock, AR 72205
jfgoodhart@agfc.state.ar.us

HelenAnne Listerman
HELENANNE LISTERMAN