# Exhibit E

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: September 21, 2005)

| | |
|---|---|
| ARKANSAS GAME & FISH COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

FILED
SEP 21 2005
U.S. COURT OF FEDERAL CLAIMS

ORDER

Pending before the Court is the plaintiff's motion for partial voluntary dismissal. The government's counsel has advised that she has no objection to this motion. Also pending before the court is the government's motion to dismiss that part of the complaint that requests injunctive relief. The two motions are interrelated because plaintiff now seeks voluntarily to dismiss the portions of the complaint that request such relief, even though it had previously opposed the government's motion partially to dismiss those portions.

A hearing was held on these matters on September 20, 2005, and at the hearing counsel for the parties advised that plaintiff's motion, if granted, would render the government's motion moot. Accordingly, for good cause shown the court GRANTS plaintiff's motion for partial voluntary dismissal and DENIES as moot the government's motion partially to dismiss the complaint.

The parties have also proposed a discovery plan to the court and the court accepts that plan as reasonable. As a consequence, the court directs that factual discovery shall be completed by May 1, 2006, and the parties shall provide a joint status report on or before May 31, 2006, proposing a plan and schedule for further proceedings in the case.

It is so ORDERED.

Charles F. Lettow
Judge

'05 SEP 22 A9:55
DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION