# Exhibit F

# RESOURCE EVALUATION AND DAMAGE APPRAISAL

FOR

ARKANSAS GAME AND FISH COMMISSION

PART OF
THE DAVE DONALDSON BLACK RIVER
WILDLIFE MANAGEMENT AREA

JANUARY, 2001

KINGWOOD
FORESTRY SERVICES, INC.

# RESOURCE EVALUATION AND DAMAGE APPRAISAL

## FOR

## ARKANSAS GAME AND FISH COMMISSION

## PART OF THE DAVE DONALDSON BLACK RIVER WILDLIFE MANAGEMENT AREA

January, 2001

**RESOURCE EVALUATION AND DAMAGE APPRAISAL**
**DAVE DONALDSON/BLACK RIVER WILDLIFE MANAGEMENT AREA**
**ARKANSAS GAME AND FISH COMMISSION**

## EXECUTIVE SUMMARY

During November-December 2000, Kingwood Forestry Services, Inc. conducted an investigation on portions of the Dave Donaldson/Black River Wildlife Management Area (WMA). The purpose of the study was to determine if excessive tree mortality and general forest degradation was occurring on the WMA. If excessive mortality was occurring, the study would also determine the cause for the mortality. Finally, the study would provide an appraisal of dead and dying timber. A 5% timber inventory, a timber appraisal, and a resource evaluation were conducted on 5 tracts that comprised 6,990 acres or about a third of the WMA.

The result of these studies indicate that the bottomland hardwood forests within much of the WMA are in a rapid state of decline and degradation. Mortality over the last 3 years in some tree species, particularly Nutall oak, ranges from 20-60%; and crown die-back is evident in 30-60% of the living trees. Tree mortality in these areas in previous years was only 1 to 2%. In addition, vegetation and plant communities that are developing in the understory of these dying stands are comprised almost entirely of facultative wetland species that normally occur on sites along lake, pond, or slough borders where the soils remain saturated with water most of the year.

The obvious cause of the tree mortality and stand degradation is a 1993 change in the water control plan for regulating flow rates and levels of the Black River below Poplar Bluff, Missouri. The change involved a deviation in the plan to allow prolonged and restricted flows during the summer months which results in growing season flooding of hardwood forests on the WMA.

The timber appraisal indicates that the value of the damage which has already occurred in dead and dying timber on the 6,990-acre study area is $4,754,000.00. If the water control plan is not immediately changed, and growing-season flooding continues, additional damages will occur. The value of additional damages is appraised at $6,386,000.00 for the 6,990 acre area.

There are other areas within the WMA that are in a similar state of decline but not included in this study. These areas must be considered before a comprehensive damage appraisal for the entire WMA can be made. Also, non-commodity resources such as loss of critical forest ecosystem and wildlife habitat, diminished aesthetic quality, and reduced hunting and other recreational opportunities have not been evaluated. These resources have significant value and should be considered in an assessment of the total impact that growing season flooding is having on the WMA.