IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: October 18, 2006)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Compel Testing and Measuring on the Dave Donaldson-Black River Wildlife Management Area and Request for Expedited Review, filed October 17, 2006. Pursuant to Rules 34 and 37 of the Rules of the Court of Federal Claims, the government requests that this court compel plaintiff to allow the government's experts to install seven to ten water-level gauges on the Dave Donaldson-Black River Wildlife Management Area ("WMA") to test and measure certain conditions on the WMA during its winter flooding. Believing that plaintiff already has begun its winter flooding of WMA or will do so soon, plaintiff requests that an order to compel be issued on or before October 27, 2006 and that this court accordingly conduct expedited proceedings on the motion to compel.

The court requests that plaintiff file a response to the government's motion to compel by October 23, 2006. A telephonic hearing on the government's motion shall be held on October 24, 2006, commencing at 10:00 a.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge