IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION<br>Plaintiff | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA<br>Defendant | ) | |

**PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

Comes now the Plaintiff Arkansas Game & Fish Commission ("the Commission" or "AGFC"), hereby responds to Defendant's First Set of Interrogatories and Document Requests to Plaintiff:

**INTERROGATORY NO. 1**: Please identify all persons having information used to respond to any of these interrogatories, specifying the interrogatory(ies) for which such persons provided information.

**RESPONSE TO INTERROGATORY NO. 1**:

| | |
|---|---|
| Vicki Adney | AGFC Administrative Assistant in River Basins & Governmental Relations |
| Martin Blaney | AGFC Statewide Habitat Coordinator |
| Louis Hausman | AGFC Habitat Biologist |
| Paul Provence | AGFC Dave Donaldson Black River WMA Technician |
| Craig Uyeda | AGFC Chief of River Basins and Governmental Relations |
| Robert Zachery | AGFC Regional Supervisor, Northeast Arkansas |
| Kingwood Forestry | |

**INTERROGATORY NO. 2**: Please identify the property right(s) and the scope of the property right(s) you allege has been taken by Defendant. By way of example, if you allege that

EXHIBIT
tabbies
2

Plaintiff has a property right in timber on the WMA and that timber has allegedly been taken by Defendant, please identify the date when Plaintiff acquired a property interest in the timber, the exact are on the WMA where the timber has allegedly taken and the amount of timber that has been allegedly been taken by Defendant.

**RESPONSE TO INTERROGATORY NO. 2:** AGFC acquired an interest to the timber on the property upon transfer of the title of the property to AGFC. There may be some instances where the seller of the property retained timber rights for a limited period of time after the sale of the property to AGFC. See real estate documents produced in response to Request for Production Documents number 6. The areas of the property where timber has been taken by Defendant are identified in the Kingwood Forestry reports previously provided to Defendant. See AGFC 1434-1716, 2428-2567. Additional detailed and updated information is being prepared by our experts and will be provided as required by Court of Federal Claims Rule 26.

**INTERROGATORY NO. 3:** Please state the date(s) on which your property was allegedly taken, the period and duration of the alleged taking, whether you are claiming a permanent or temporary taking, and state with particularity all actions allegedly taken by defendant upon which you base your takings claim, the date such actions were taken, and every relevant fact on which your contention is based.

**RESPONSE TO INTERROGATORY NO. 3:** Objection. The interrogatory calls for a legal conclusion as to whether a permanent or temporary taking is alleged. Notwithstanding the objection, the area of the property where timber has been taken by Defendant is identified in the Kingwood Forestry reports previously provided to Defendant. See AGFC 1434-1716, 2428-2567. Additional detailed information is being prepared by our experts and will be provided as required by Rule 26.

**INTERROGATORY NO. 4:** Please describe in detail any standard procedures implemented by Plaintiff for cutting and/or selling trees on the WMA from 1957 to the present. If you cut and/or sold trees from 1957 to the present, please state the number of trees cut, the number of trees sold, identify the person who bought the trees, and the price paid for the trees, for each year from 1957 to present.

**RESPONSE TO INTERROGATORY NO. 4:** See Master Plan, AGFC 2574-2976. See also documents produced in response to Request for Production number 10.

**INTERROGATORY NO. 5:** Please identify all water control structures installed on the WMA from 1957 to the present, including the date the control structure was installed, whether the water control structure is still functioning on the WMA, whether the water control structure has ever been repaired or replaced and if yes, the date of the repair and/or replacement and a description of the repair and/or replacement. See also Map of Water Control Structures at AGFC 4591 and Master Plan at 2574-2976.

**RESPONSE TO INTERROGATORY NO. 5:** See Map of water control structures on WMA included with this response, AGFC 4591. We are still gathering historical information regarding repair and maintenance of the water control structures on the WMA. Additional information will be produced as discovered. In approximately 1978, AGFC began replacing pipes in eight different locations. This work involved replacing existing pipes (most of which were 36" pipes) with 48" pipes. AGFC later replaced two stop-log structures built in the early 1980s including one at Lake Ashbaugh and one Crane Roost Structure. A major cleanout and enlargement of the canal that leads from the Crane Roost Structure to Black River was performed in 1982. Other work performed on the water control structures on the WMA are as follows (most dates reflect when 404 permit was received unless otherwise specified):

Black River WMA Weir, Swift Ditch, 11-5-84
Black River WMA – Lake Ashbaugh Stoplog Structure #1, 6-15-84 (no permit needed)
Black River WMA Water Control Structure #2, 8-7-85
Black River WMA Water Control Structure #3, 7-17-87
Black River Pipe, 6-1-88
Timber Access Road – Black River, 8-9-89 (no permit needed)
Brookings 4 Moist Soil Units – Black River, 8-28-98
Dave Donaldson Bridge Repair – Black River, 8-4-99 (no permit needed)
Black River Siphons Replacement: existing corrugated pipes were smooth wall iron pipes of the same diameter as the old ones, the associated screw gates and concrete headwalls were also replaced, 8-12-99
Black River Siphons Repair- work ongoing under extended 404 permit
Black River Siphons Replacement, 7-29-05

**INTERROGATORY NO. 6:** Please describe all standard procedures implemented by you for flooding the WMA from 1957 to the present, including identifying the specific area(s) of the WMA that are flooded, the purpose(s) of the flooding, and the duration of the flooding.

**RESPONSE TO INTERROGATORY NO. 6:** See Master Plan, AGFC 2575-2976 and Kingwood Reports, AGFC 1434-1716, 2428-2567. The Green Tree Reservoirs (GTR's) on the Wildlife Management Area are flooded entirely by gravity flow. Flooding begins by damming up Little River generally around mid October. Water is diverted into the GTR and held behind the levee system of the Upper and Lower Island GTR's. This creates 'head pressure' that forces water through two 48 inch pipes (inverted siphons) referred to as the Upper Siphons that run under Black River. These inverted siphons send water to the Upper Reyno GTR and is held back by a meandering levee that follows a natural contour referred to as the Reyno Cross Levee, the natural levee along the riverbank and several sloughs that contain earthen dams. There are two 48 inch-boarded pipes in the Reyno Cross Levee and a large 8 bay concrete structure with gates at the Reyno Parking Lot. Water builds and then flows into the Lower Reyno GTR and is contained by a large 8 gate structure in the levee at Canoe Slough and (1) 48 inch pipe at Black River at the end of what is referred to as the Mervin Levee (the levee gets its name from the section of river it follows known as Mervin Straight). Water is contained behind this levee and

then enters a second set of inverted siphons known as the Lower Siphons. From here water flows into the GTR north of Lake Ashbaugh and is contained by a large 3-gate structure at the Canal Access and by the natural levee along Black River and a man made levee system that runs east and west to the north of Lake Ashbaugh. This compartment is generally referred to as the Rest Area because the Rest Area comprises the bulk of this GTR. The water is held back by a boarded tank car structure in an intermediate levee known as the stub levee. Water spills around it into what is referred to as the Winchester Area. The water continues on until it reaches a large 3-gate structure known as the Crane Roost Structure and the adjoining levee referred to as the Redline Levee by some and 24B levee by others. This levee runs due north until it reaches higher ground and stops. There is one 48 inch screw gate pipe in this levee and a rock spillway/boat crossing was added beyond the screw gate. Water flows into the last compartment, generally referred as 24 because it lies in section 24. The water is contained by the 24 levee that runs along Black River just down stream from Schaeffer's Eddy. When this section is full it simply spills over the bank and into Black River.

**INTERROGATORY NO. 7**: Please identify all studies, historical data and/or documentation regarding tree mortality on the WMA from 1957 to the present. For all studies, historical data and/or documentation, please identify the number or percentage of trees that have died or were in decline for each year from 1957 to the present. Please include in your response, but do not limit your response, to all facts and documents which support your allegation in Paragraph 21 of your Complaint that in the mid 1980's and early 1990's timber mortality was averaging only 1 to 2%.

**RESPONSE TO INTERROGATORY NO. 7**: See historical information contained in Kingwood Forestry appraisals. The Commission has forest inventory information on the WMA from 1980 to the present. Hard copies of some of these documents take up an entire file cabinet

and are available at the AGFC regional office in Jonesboro, Arkansas for inspection and copying. Additional information is available at the regional office on a computer program written for the AGFC. The documents cannot be read without use of the program designed specifically for this information. Therefore, the information contained in this program can only be accessed at the AGFC office in Jonesboro. AGFC employees Robert Zachery and Lou Housman worked in the area since 1978 and 1983, respectively, and opine that the forested areas were in a vigorous and healthy state of grown until the Corps' deviations in 1993. Additional information is being gathered and will be provided as soon as available.

**INTERROGATORY NO. 8:** (A) Please identify the number of beavers observed, trapped, and/or killed on the WMA for each year from 1957 to the present; (B) Please identify the number of beaver dams and beaver obstructions (including culverts and outflow points) that were observed and/or removed in the WMA for each year from 1957 to the present.

**RESPONSE TO INTERROGATORY NO. 8:** AGFC does not maintain records of each beaver, beaver dam and obstruction on the WMA. AGFC has taken steps through the years to control beavers on the WMA including but not limited to contracting with outside companies for beaver removal and allowing in and out of state trappers to trap beavers each year on the WMA. See also Master Plan, Nuisance Animal Control section, AGFC 2574-2976 and Nuisance Animal Control contracting information, AGFC 3901-4589.

**INTERROGATORY NO. 9:** Please identify all facts and documents which support your allegation in Paragraph 14 of the Complaint.

**RESPONSE TO INTERROGATORY NO. 9:** See documents previously produced, AGFC 1434-1716, 2428-2567 and the Corps' own documents at AGFC 457-488.

**INTERROGATORY NO. 10:** Please identify all facts and documents which support your allegations in Paragraph 16 of the Complaint.

**RESPONSE TO INTERROGATORY NO. 10**: See Kingwood Forestry Reports, AGFC 1434-1716, 2428-2567, Response to Interrogatory No. 12 and specifically data produced in response to FONSI. See also the Corps' own documents, AGFC 457-488. Additional information is being prepared by our experts and will be provided as required by Rule 26.

**INTERROGATORY NO. 11**: For each year from 1980 to the present, please state the date(s) you contend the WMA was drained of water after flooding pursuant to the Corps' Water Control Plan and state the date(s) when you flooded parts of the WMA for duck hunting or for any other reason for each year from 1980 to the present. See also Memorandum at AGFC 4601-4602.

**RESPONSE TO INTERROGATORY NO. 11**: See September 19, 1972 Operation Plan, AGFC 2568-2573, and Master Plan, AGFC 2575-2976. See also generally Kingwood Reports. The area is flooded annually around the middle of October for the purpose of providing wintering waterfowl habitat. Dewattering typically begins after waterfowl season in February and drains as the river allows. When the river is at a level where the water will drain, it takes approximately two weeks after dewatering begins to drain to the point where the bottom will dry.

**INTERROGATORY NO. 12**: Please identify all facts and documents which support your allegations in Paragraph 18 of the Complaint, including but not limited to your statement that the "United States Fish and Wildlife Services also provided comments to the Corps, concurring with the AGFC."

**RESPONSE TO INTERROGATORY NO. 12**: At a meeting with the Corps in Little Rock in 2000, AGFC took issue with the Corps' finding of no significant impact (FONSI). AGFC employees illustrated to the attendees at the meeting that the Corps' deviations from the authorized plan had a very significant impact on the WMA. See also documents presented by

AGFC in response to Corps' FONSI including letter from USF&W. AGFC 184-203, 532-537, 866-871, 1999, 2279, 255-256, 327-331, 793-795, 4629-4634 and 4636-4689.

**INTERROGATORY NO. 13:** Do you contend that you have the authority to sell timber commercially? Why or why not?

**RESPONSE TO INTERROGATORY NO. 13:** AGFC owns the property and has right to sell timber from the property it owns. See also the Master Plan, AGFC 2575-2976 which authorizes forest management. See also *Arkansas State Game and Fish Commission v. Stanley*, 260 Ark. 176, 538 S.W.2d 535 (1976).

**INTERROGATORY NO. 14:** Do you contend that statements made by you in or around 2001 that timber loss on the WMA could be reversed if the Corps returned to the original water control plan for Clearwater Lake is accurate? (See US0003, US01260) Why or why not?

**RESPONSE TO INTERROGATORY NO. 14:** The documents to which you refer do not state "that timber loss on the WMA could be reversed if the Corps returned to the original water control plan for Clearwater Lake." The documents speak for themselves but generally describe that the ongoing degradation and significance of the increase in loss of timber and habitat could be reversed should the Corps return to its original plan and the area's hydrology be returned to previous conditions.

**INTERROGATORY NO. 15:** Please state whether you have ever received income from, or whether you are engaged in a business or other endeavor for profit on, or with respect to, the WMA, and state the income and expenses generated therefrom, and identify any documents which evidence such income and/or business activities.

**RESPONSE TO INTERROGATORY NO. 15:** Other than income from the sale of timber, no income is derived by AGFC from a business or other endeavor for profit on the WMA.

**FIRST SET OF DOCUMENT REQUESTS**

**REQUEST FOR PRODUCTION NO. 1:** All documents relating to tree mortality on the WMA from 1957 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:** See Response to Interrogatory No. 7, Kingwood Reports, AGFC 215-222, 926, 1434-1716, 2428-2567.

**REQUEST FOR PRODUCTION NO. 2:** All documents relating to stand growth and evolution, hydrology, and history of the WMA. (AGFC 1578)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:** See Kingwood reports, AGFC 1434-1716, 2428-2567, Master Plan, AGFC 2575-2976, and Response to Request for Production No. 5, and Response to Interrogatory No. 7. Forest inventory information is available from 1980 to the present and is available at the AGFC regional office in Jonesboro, Arkansas for inspection and copying. Additional information is being prepared by our experts and will be produced as required under Rule 26.

**REQUEST FOR PRODUCTION NO. 3:** The Black River Wildlife Management Area Master Plan (including amendments or previous versions).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:** See AGFC 2574-2972.

**REQUEST FOR PRODUCTION NO. 4:** The Compartment summary, 1991 inventory of Gar Slough Area on Dave Donaldson / Black River WMA (AGFC 1991)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:** See AGFC 2977-3334.

**REQUEST FOR PRODUCTION NO. 5:** All documents relating to inventories of forested stands on the WMA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:** See Response to Request for Production No. 2 and AGFC 3335-3899.

**REQUEST FOR PRODUCTION NO. 6**: All documents relating to title and/or ownership of the WMA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6**: See AGFC 4694-4945.

**REQUEST FOR PRODUCTION NO. 7**: All documents relating to Kingwood Forestry Services, Inc.'s work regarding resources evaluation at the WMA and/or appraisals.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7**: Objection. This interrogatory is vague and ambiguous and the information sought is protected by the work product privilege. Without waiving the objection, see Kingwood Reports.

**REQUEST FOR PRODUCTION NO. 8**: All documents relating to the authority of AGFC to sell timber commercially.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8**: See Response to Interrogatory No. 13.

**REQUEST FOR PRODUCTION NO. 9**: All documents relating to the Corps' Water Control Plan, including all documents relating to deviations from the Water Control Plan.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9**: AGFC 5-7, 49-54, 68-75, 80-85, 86-88, 118-120, 121-123, 124-125, 131-183, 184-203, 209-210, 257-258, 260-266, 267-323, 324-328, 334-337, 341-344, 349, 355-356, 363-382, 436, 456-461, 462-481, 532-537, 540-549, 550-737, 762-771, 791, 866-871, 896-897, 898-903, 910, 911-914, 915-916, 940-949, 950-1018, 1159-1185, 1335-1344, 1345-1433, 2006-2007, 2019-2021, 2029-2030, 2042-2044, 2060-2061, 2073-2075, 2081-2082, 2083-2085, 2094-2096, 2098, 2103-2105, 2144-2145, 2149-2151, 2197-2199, 2201-2201, 2209-2270, 2273-2278, 2305-2306, 2307-2312, 2321, 2322-2323, 2326-2327, 2415-2417, 2418-2419, 4611-4612, 4629-4634 and 4636-4689.

**REQUEST FOR PRODUCTION NO. 10**: All documents relating to timber sales from the WMA from 1957 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10**: See Kingwood Reports, AGFC 1434-1716, 2428-2567, and timber contracts, AGFC 4946-5862. Investigation into this issue is ongoing and additional information will be provided as discovered.

**REQUEST FOR PRODUCTION NO. 11**: All documents relating to timber sales from Shirey Bay Wildlife Management Area.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11**: Investigation into this issue is ongoing and additional information will be provided as discovered. See AGFC 4603.

**REQUEST FOR PRODUCTION NO. 12**: All documents relating to appraisals of the WMA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12**: See Kingwood Reports, AGFC 1434-1716, 2428-2567, real estate documents, and AGFC 184-203, 532-537, 866-871, 1999-2279, 255-256, 327-331, 793-795, see also AGFC 4629-4634 and 4636-4689. Investigation into this issue is ongoing and additional documents will be provided as discovered.

**REQUEST FOR PRODUCTION NO. 13**: All documents relating to public workshops regarding flooding along the Black River and/or the Water Control Plan.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13**: AGFC 49-54, 55-63, 456-461, 2907, 2106, 2199, 2143, 825, 909, 2272, 2320 and 4594.

**REQUEST FOR PRODUCTION NO. 14**: All document relating to the Clearwater Lake/Black River Committee.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14**: AGFC 4594.

**REQUEST FOR PRODUCTION NO. 15**: All documents relating to any Environmental Assessments for the Clearwater Lake Water Control Plan.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15**: See AGFC 131-183, 255-256, 260-266, 267-323, 334-337, 241-344, 866-871, 873-888, 893, 898-903, 905, 910, 911-914,

915-916, 921-924, 1051-1103, 1106-1158, 1212-1265, 1268-1320, 1999, 2197-2199-, 2273-2278, 2280-2295, 2300-2302, 2307-2312, 2316-2321, 2326-2327 and 2332.

**REQUEST FOR PRODUCTION NO. 16:** All documents relating to requests for deviations from the WCP by Plaintiff from 1957 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:** AGFC 4620-4621 and 4623-4624.

**REQUEST FOR PRODUCTION NO. 17:** All documents relating to water control structures on the WCP (including but not limited to levees, stop-log structures, siphons and gates), including repairs and replacements from 1957 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:** See map of water control structures, AGFC 4591, Master Plan, AGFC 2575-2976, and Response to Interrogatory No. 5.

**REQUEST FOR PRODUCTION NO. 18:** All documents relating to flooding on the WMA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:** Objection, this request is overly broad. Without waiving said objection, see the Kingwood Report, AGFC 1434-1716, 2428-2567 and other documents referenced in response to Interrogatory No. 6.

**REQUEST FOR PRODUCTION NO. 19:** All documents relating to an ice storm in the area of the WMA in the 1980s.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:** We have located no documents responsive to this request. If documents are discovered, they will be provided.

**REQUEST FOR PRODUCTION NO. 20:** All documents relating to beavers on the WMA.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 20</u>:** See Response to Interrogatory No. 8. See Master Plan, Nuisance Animal Control section, AGFC 2574-2976 and Nuisance Animal Control contracting information, AGFC 3901-4589.

**<u>REQUEST FOR PRODUCTION NO. 21</u>:** All documents relating to your calculation of just compensation.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 21</u>:** Objection. This document calls for information protected by the work product privilege. Without waiving said objection, See Kingwood Forestry Reports. Damage calculations are continuing and will be supplemented and updated as additional information is available.

Respectfully submitted

By: [signature]

G. Alan Perkins
PERKINS & TROTTER, PLLC
P. O. Box 251618
Little Rock, AR 72225-1618
Telephone: (501) 603-9000
Telefax: (501) 603-0556

Date of Signing: October 14, 2005

<u>Of Counsel</u>

Julie Greathouse
PERKINS & TROTTER, PLLC
Post Office Box 251618
Little Rock, Arkansas 72225-1618
Telephone: (501) 603-9000
Telefax: (501) 603-0556

James F. Goodhart
Robert K. Jackson
ARKANSAS GAME & FISH COMMISSION
#2 Natural Resources Drive
Little Rock, AR 72205
Telephone: (501) 223-6327
Telefax: (501) 223-6463

*ATTORNEYS FOR PLAINTIFF*
*ARKANSAS GAME & FISH COMMISSION*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Plaintiff's Responses to First Set of Interrogatories and Document Requests has been mailed for service by regular mail, postage prepaid, to the following on this 14th day of October, 2005:

Kathleen Lennon Doster, Esq.
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, DC 20044-0663

G. Alan Perkins