# RESOURCE EVALUATION AND DAMAGE APPRAISAL

## FOR

## ARKANSAS GAME AND FISH COMMISSION

## PART OF THE DAVE DONALDSON BLACK RIVER WILDLIFE MANAGEMENT AREA

JANUARY, 2001

KINGWOOD FORESTRY SERVICES, INC.

EXHIBIT
tabbies
3

# RESOURCE EVALUATION AND DAMAGE APPRAISAL

FOR

ARKANSAS GAME AND FISH COMMISSION

PART OF
THE DAVE DONALDSON BLACK RIVER
WILDLIFE MANAGEMENT AREA

January, 2001

# RESOURCE EVALUATION AND DAMAGE APPRAISAL
# DAVE DONALDSON/BLACK RIVER WILDLIFE MANAGEMENT AREA
# ARKANSAS GAME AND FISH COMMISSION

## EXECUTIVE SUMMARY

During November-December 2000, Kingwood Forestry Services, Inc. conducted an investigation on portions of the Dave Donaldson/Black River Wildlife Management Area (WMA). The purpose of the study was to determine if excessive tree mortality and general forest degradation was occurring on the WMA. If excessive mortality was occurring, the study would also determine the cause for the mortality. Finally, the study would provide an appraisal of dead and dying timber. A 5% timber inventory, a timber appraisal, and a resource evaluation were conducted on 5 tracts that comprised 6,990 acres or about a third of the WMA.

The result of these studies indicate that the bottomland hardwood forests within much of the WMA are in a rapid state of decline and degradation. Mortality over the last 3 years in some tree species, particularly Nutall oak, ranges from 20-60%; and crown die-back is evident in 30-60% of the living trees. Tree mortality in these areas in previous years was only 1 to 2%. In addition, vegetation and plant communities that are developing in the understory of these dying stands are comprised almost entirely of facultative wetland species that normally occur on sites along lake, pond, or slough borders where the soils remain saturated with water most of the year.

The obvious cause of the tree mortality and stand degradation is a 1993 change in the water control plan for regulating flow rates and levels of the Black River below Poplar Bluff, Missouri. The change involved a deviation in the plan to allow prolonged and restricted flows during the summer months which results in growing season flooding of hardwood forests on the WMA.

The timber appraisal indicates that the value of the damage which has already occurred in dead and dying timber on the 6,990-acre study area is $4,754,000.00. If the water control plan is not immediately changed, and growing-season flooding continues, additional damages will occur. The value of additional damages is appraised at $6,386,000.00 for the 6,990 acre area.

There are other areas within the WMA that are in a similar state of decline but not included in this study. These areas must be considered before a comprehensive damage appraisal for the entire WMA can be made. Also, non-commodity resources such as loss of critical forest ecosystem and wildlife habitat, diminished aesthetic quality, and reduced hunting and other recreational opportunities have not been evaluated. These resources have significant value and should be considered in an assessment of the total impact that growing season flooding is having on the WMA.

## TABLE OF CONTENTS


PART 1 - RESOURCE EVALUATION . . . . 2
- The Site-Prior to 1994 . . . . 2
- Resource and Water Management History . . . . 2
- Black River Water Control Plan . . . . 3
- Degradation of Forest Communities . . . . 4
- Conclusions . . . . 8
- References . . . . 10

PART 2 - APPRAISAL OF LOSSES . . . . 12
- Value Appraised . . . . 12
- Definitions of Value . . . . 12
- Methods . . . . 13
- Timber Volume Summary . . . . 15

VALUATION . . . . 16
- Merchantable Timber Value Losses . . . . 18
  - Dead Timber . . . . 18
  - Declining Timber . . . . 18
  - The Apparently Healthy Timber . . . . 19
  - Tables 2-5 . . . . 20
- Value Losses Associated with Loss of Productivity . . . . 24
- Economic Value Loss Summary . . . . 25
- Losses Not Appraised . . . . 26

LIMITATIONS . . . . 26

CERTIFICATION OF APPRAISAL . . . . 27

RECOMMENDATIONS . . . . 29

MAPS . . . . 31

APPENDIX A . . . . 32

APPENDIX B-TIMBER VOLUME TABLES . . . . 33

APPENDIX C-TIMBER SALE TRANSACTION RECORDS . . . . 34

APPENDIX D-PROFESSIONAL QUALIFICATIONS . . . . 35

# RESOURCE EVALUATION AND DAMAGE APPRAISAL

## DAVE DONALDSON/BLACK RIVER WILDLIFE MANAGEMENT AREA

## ARKANSAS GAME AND FISH COMMISSION

Kingwood Forestry Services, Inc. has been requested and authorized by the Arkansas Game and Fish Commission to conduct a resource evaluation and damage appraisal on selected lands within the Dave Donaldson/Black River Wildlife Management Area (WMA) located in Randolph, Clay, and Greene Counties, Arkansas. This is a report on the study conducted and the conclusions drawn therefrom during the months of October, November, and December of 2000.

This report is divided into two parts. The first part is a resource evaluation. The resource evaluation was conducted by Dr. James B. Baker who is a silviculture research scientist with an area of specialization in bottomland hardwood forests. Baker's resume is included in Appendix D of this report.

For this project, Baker's work consisted of the following:

1. Four days on site inspections of the five selected study areas and on other areas within the WMA. Field studies consisted of observation of soils, individual tree health, stand composition and stand health, understory vegetation, and other aspects of the forests of the WMA.

2. Review of records kept by Arkansas Game and Fish Commission in connection with stand growth and evolution, hydrology, and history of the WMA.

3. Interpretation of the actual data on stand composition, stand health, and understory vegetation collected by staff foresters of Kingwood Forestry Services, Inc.

4. Evaluation of information and data collected above for the purpose of determining the cause of mortality and forest decline in selected parts of the WMA.

The second part of the project is an economic evaluation or appraisal of the value of timber losses and the value of the loss in productivity as a result of timber stand changes that are occurring on WMA. Part 2 of this project was led by James W. Foster, a Registered Forester and a State Certified General Appraiser with considerable experience in hardwood timber management. Foster's resume is included in Appendix D of this report.

Extensive tree mortality and significant deterioration in general forest health for a large volume of timber and over a large area has occurred on the WMA in the past several years. The tree mortality and deterioration in health and vigor of the forest far exceeds the mortality and decline that would occur in a bottomland forest from natural causes. This study was an effort to determine the cause of the tree mortality and forest deterioration and to appraise the resultant losses in economic value of merchantable timber and timberland value.

## PART 1 - RESOURCE EVALUATION

### THE SITE – PRIOR TO 1994

The Dave Donaldson/Black River Wildlife Management Area (WMA) lies along a 25-mile stretch of the Black River from just south of Corning, AR in Clay County to just east of Pocahontas, AR in Randolph County (see map). Elevations within the WMA range from ca. 260 to 270 feet m.s.l. (USGS, 1964, 1968). Soils were primarily Kobel silty clay (Vertic Haplaquepts) and Kobel soils, frequently flooded (USDA-SCS, 1978, 1980). They consisted of poorly drained, very slowly permeable soils that formed in clayey alluvium on broad slack water flats of flood plains. The soils were subject to seasonal flooding (October – May) and had a high water table that was within 12 inches of the surface in late winter and early spring (USDA-SCS, 1978, 1980).

Forest communities were comprised of mixtures of overcup oak, Nuttall oak, green ash, and water hickory that occupied the broad, low flats and slack water areas, and sweetgum, willow oak, Nuttall oak and sycamore that occurred on the higher river fronts and low ridges where elevations often increased by only 4 to 12 inches. In shallow sloughs and depressions the species composition was mainly overcup oak, green ash, water hickory, bald cypress, and water tupelo. Most stands were even-aged in structure with trees ranging from 80 to 105 years in age. The dominant and codominant trees in the forest canopy were generally Nuttall oak, overcup oak and sweetgum. Average basal area stocking of the stands ranged from ca. 60 to 150 $ft^2$ per acre in trees 14 inches diameter breast height (dbh) and larger.

Since 1994 the site has apparently changed with respect to soils, hydrology, and vegetation. The soils have become more hydric as a result of apparent changes in the hydrology of the Black River; and the native plant communities are converting from oak dominated bottomland hardwood forests to wetland communities.

### RESOURCE AND WATER MANAGEMENT HISTORY

The Arkansas Game and Fish Commission (AGFC) developed a master plan for managing the WMA in the mid-1980's (AGFC, 1984). The plan describes forest resource and water management activities that occur on the WMA with the primary objective of providing wintering habitat for migratory waterfowl. Three green-tree reservoirs (GTR's) were developed by constructing a diversion dam on Little River and water control structures (perimeter and cross levees, gated pipes,

stoplog structures, and inverted siphons) at appropriate locations to hold and regulate water in the GTR's. In late October each year, water is diverted from Little River into the GTR's and maintained at depths of 6 to 36 inches during migratory waterfowl season (mid-November thru mid-January). The flooded hardwood forests provide cover and food for migratory waterfowl during winter months and a public hunting area for sportsmen. Gates are opened as soon as waterfowl season closes so that impounded water can drain from the GTR's. If river levels are low enough (<6 feet at the Poplar Bluff, MO gage), the impounded water will drain from the GTR's by the end of February.

All forested stands on the WMA are inventoried periodically to determine species composition, stand structure and stocking, and vigor of the forest. Management prescriptions are developed to provide timely management activities such as thinnings and regeneration cuts that would promote improved and continued forest and wildlife habitat.

**BLACK RIVER WATER CONTROL PLAN**

As a part of the White River Basin flood control project, Congress authorized construction of a dam on the Black River north of Poplar Bluff, MO. The Black River is a tributary to the larger White River. The dam was completed in 1948, forming Clearwater Lake in southern Missouri. The Clearwater Lake Water Control Manual was released by the U.S. Army Corps of Engineers (USACE) in 1953 and was revised in 1995 (USACE, 1995). The initial water control plan called for releases of stored water from Clearwater Lake to be sized and timed such that those releases, when combined with uncontrolled flow entering the Black River from tributaries below Clearwater Dam, do not exceed a river gage reading of 11.5 feet at Poplar Bluff, MO (the official gaging station) during the period from December 1 through March 31, and 10.5 feet during the period April 1 through November 30 (USACE, 1995). The plan resulted in a rapid release of stored lake water each spring and short-term flooding along the Black River. The rapid release of water in the spring simulated natural flooding that had occurred along the flood plain for centuries, but at controlled rates and levels. Floodwaters generally receded by late May of each year and the hardwood forests growing in the flood plain thrived.

The authorized 1953 plan was followed until 1993, when the Corps of Engineers began operating under an "approved deviation" from the authorized plan (USACE, 2000). The deviation stipulates that water releases from Clearwater Lake will be sized and timed such that, when combined with uncontrolled flow entering the Black River from tributaries below Clearwater Dam, do not exceed a river gage reading of 11.5 feet at Poplar Bluff, MO from December through mid-May, and 4 to 10.5 feet from mid-May to the end of November, depending on lake levels (USACE, 2000). The deviation involves a limited or restricted release of lake waters from mid-May through November, and often results in prolonged flooding of forest communities in the Dave Donaldson/Black River WMA. Flooding extends well into the growing season, and often, floodwaters are not drained from oak stands until mid- to late-August. As a result, soils on much of the WMA remain saturated for 10 to 11 months of the year (November – February from GTR impoundment and March – August from restricted and prolonged water release from Clearwater Lake).

WC Plan & deviation

Hydrographs of water levels in the Black River illustrate dramatic changes in growing season flooding patterns and duration of flooding of forests communities on the WMA since 1993. Prior to the deviation from the authorized water control plan in 1993, flooding on the WMA was generally abated by late April or early May when water levels in the river dropped to a gage reading of 4 feet or less at Poplar Bluff (Appendix A, Figure 1). During the growing season months of June – August, river levels remained below a 4-foot gage reading and soils supporting the oak forests dried out and stands demonstrated healthy and vigorous development. In contrast, beginning in 1993 and continuing through 1998 restricted releases of water from the lake, as stipulated in the "approved deviation" from the initial water control plan, resulted in water levels and gage readings at Poplar Bluff to remain at or above 6 feet into mid- to late-July (Appendix A, Figures 2a - 2e). Since forest communities on the WMA are inundated when water levels at the Poplar Bluff gage are held at or above 4.5 to 5 feet, the oak forests remained flooded until late July or early August and soils remained saturated throughout the growing season during these five years. During the years 1999 and 2000, significant deficits in rainfall occurred in southern Missouri and northern Arkansas; growing season precipitation was >10 inches below normal each year (NCDC, 2000). The drought conditions required less water storage in Clearwater Lake, which in turn resulted in lower release rates during the growing season. Thus, river levels during the 1999 and 2000 growing seasons returned to pre-1993 levels (Appendix A, Figure 3).

An Environmental Assessment (EA) of a proposed change in the Clearwater Lake Water Control Plan was released by the USACE in February, 2000. The proposed action, as described in the assessment, was to update the current water control plan to include the water regulation procedures of the "approved deviation" which had been used since 1993 (USACE, 2000).

The findings of the EA stated that the proposed action has the potential for significant impacts on natural or cultural resources. The findings indicated that the proposed water control plan that has been used since 1993 would result in 45 days during the growing season of a typical year having potential for extended inundation of hardwoods growing in the Dave Donaldson/Black River WMA. The findings of the EA then pointed out that the 45 days represented 25% of the growing season and represents a significant adverse impact to species composition and habitat deterioration on the WMA. As a result of these findings, the USACE concluded that a finding of no significant impact could not be supported, and that to continue with the proposed action would require the preparation of an Environmental Impact Statement (EIS).

## DEGRADATION OF FOREST COMMUNITIES

Many of the oak forest communities on the Dave Donaldson/Black River WMA are in a rapid state of decline as manifested by high rates of mortality and top die-back. In an attempt to determine why some of the forest communities are degrading at such a rapid rate, six tracts were visited in early October 2000 (see map). Three of the tracts were GTR's that have been flooded each November – February since the early 1960s as wintering migratory waterfowl habitat. Two of the tracts were adjacent to the GTR's, but were areas not under GTR management, and thus only subject to flooding when the Black River reached normal flood stage (4.5- to 6-foot gage reading at Poplar Bluff, MO). Another tract, comprised of two separate stands, was on relatively high ground and seldom floods except at extreme high river levels (7.5- to 9-foot gage reading at Poplar Bluff, MO).

At each tract, soil samples were taken to observe soil color, mottling, and soil moisture levels. Wood cores were taken from healthy and dead or dying sample trees on each tract to observe growth patterns and evidence of decay, insects, and general tree vigor. Several representative Nuttall oak trees were cut down and sample discs obtained to determine tree ages, growth patterns, and evidence of tree pathogens. Visual observations and photographs were made at each tract noting forest communities, understory vegetation, dead and/or dying trees, wind-throws (blown down trees) or other damaging influences such as beavers, drought, or general forest decline. The following is a summary of the observations noted for each tract.

Tract #1 – Little River Island GTR – This 1,382-acre tract lies between Black River and Little River (see map) and is managed as a GTR. Elevations range from 260 to 270 feet m.s.l. Water is impounded at a depth of 6 to 36 inches from November - February each year by diverting water from Little River into the GTR. In 1994-1998 the area was also flooded from early June until August from the Black River when water was released from Clearwater Lake at a prolonged and restricted rate as stipulated by the USACE's deviation from the authorized water control plan (Appendix A, Figures 2a – 2e).

The stand on this tract is comprised of a mixture of Nuttall oak, overcup oak, sweetgum, green ash, and water hickory. Stand basal area ranged from ca. 60 to 70 ft$^2$/acre. The dominant species is Nuttall oak. Nuttall oaks range in age from 80 to 100 years. About 15% of the oaks are dead and 40% are dying (Appendix A, Figure 4a). Increment cores revealed dead cambium and sapwood in trees with top die-back. In gaps underneath dead overstory trees, particularly where sunlight was reaching the forest floor, smartweed (Polygonum spp.), buttonbush (Cephalanthus spp.), and bald cypress (Taxodium spp.) were invading and occupying the understory (Appendix A, Figure 4b). These plants are all facultative wetland species that normally occur on saturated soils near the borders of ponds or sloughs. Buttonbush ranged from 4 to 7 feet in height and 5 to 6 years in age and occurred on 44% of 311 sample plots taken on this tract (Appendix A, Table 1). Little or no advance reproduction of overstory species was present, even in thinned areas of the stand.

Tract #2 – Reyno GTR – This 1,845-acre GTR lies just west of Tract #1 (see map). Elevations range from 260 to 270 feet m.s.l. Water is impounded at a depth of 6 to 36 inches from November – February each year by diverting water from Little River into the GTR. In 1994-1998 the area was also flooded from early June until August from the Black River when water was released from Clearwater Lake at prolonged and restricted rates.

The stand on this tract is comprised of a mixture of Nuttall oak, overcup oak, sweetgum, green ash, and water hickory with the dominants and codominants generally being Nuttall oak, overcup oak, and sweetgum. Nuttall oak ranges in age from 80 to 105 years. Stand basal area averaged ca. 60 ft$^2$/acre. Excessive mortality (33%) and die-back (31%) was evident in red oaks throughout the stand. In areas underneath dead trees, smartweed, lizard's tail (Saururus spp.), buttonbush, arrowhead (Sagittaria spp.), cutgrass (Zizaniopsis spp.) and bald cypress seedlings (all facultative wetland species that normally occur on saturated soils) were invading and occupying the site. Button bush and smartweed were observed on 38% and 27%, respectively, of 471 sample plots (Appendix A, Table 1). Little or no advance reproduction of overstory species was present.

Several large Nuttall oak trees had fallen over (wind-throws) in this stand. These trees exhibited significant root mortality and die-back associated with saturated soils or high water tables during the growing season. There was also a proliferation of root suckers developing on damaged primary roots, a typical recovery pattern for root systems damaged from shallow water tables and/or saturated soils.

Tract #3 – Winchester GTR-- This 2,086-acre GTR is located just southwest of Tract #2 (see map). Elevations range from 260 to 265 feet m.s.l. Water is impounded at a depth of 6 to 36 inches from November - February each year by diverting water from Little River into the GTR. In 1994-1998 the area was also flooded from early June until August from the Black River when water was released from Clearwater Lake at prolonged and restricted rates.

The stand on this tract is comprised of 80- to 105-year-old Nuttall oak, overcup oak, sweetgum, green ash, and water hickory. The dominant species are generally Nuttall oak and sweetgum. Stand basal area ranged from ca. 70-75 $ft^2$/acre. Excessive mortality and die-back (20% and 40%, respectively) in red oaks was evident throughout the stand. Understory vegetation developing underneath dead trees included smartweed, lizard's tail, buttonbush, and cutgrass, and arrowhead, all facultative wetland species that normally occur on saturated soils. Buttonbush was observed on 53% of 500 sample plots (Appendix A, Table 1). Little or no reproduction of overstory species was present.

Tract #4 – Gar Slough Area -- This 1,185-acre tract is located across the Black River and just north of Tract #3 (see map). Elevations in this tract range from 260 to 265 feet m.s.l. The tract is not managed as a GTR and only floods when the Black River rises to flood stage on the WMA (a gage reading of 4.5 to 5.0 feet at Poplar Bluff, MO). For five consecutive years (1994-1998), this tract was inundated from early June until August from floodwaters of the Black River when water was released from Clearwater Lake as stipulated in the USACE deviated water control plan.

There are two stand types on this tract. On higher ground near the river and on the broad slackwater flats, tree species included Nuttall oak, overcup oak, sweetgum, and green ash; with 70- to 90-year-old Nuttall oak and overcup oak being the dominant species. In low areas, particularly old slough runs and depressions, the stand was generally comprised of water tupelo, bald cypress, green ash, water hickory, overcup oak, and some Nuttall oak. Stand basal area ranged from ca. 65 to 75 $ft^2$/acre. Soils on the ridges and higher ground were drier than soils in low areas where soil moisture appeared to be at or near field capacity.

Excessive mortality and die-back (40 to 50%) in oaks was occurring on the higher, better drained areas of the stand (Appendix A, Figure 5a). Little mortality and die-back was evident on the lower sites. Understory vegetation developing in openings created by dead trees or in previously thinned areas included lizard's tail, smartweed, cutgrass, buttonbush, and bald cypress (Appendix A, Figures 5b and 5c). Buttonbush occurred on 40% of the 273 sample plots and arrowhead was observed on 25% of the plots (Appendix A, Table 1). Little or no advance reproduction of overstory species was present.

Tract #5 - Shavers Eddy Area --This 492-acre tract is located west (and across the Black River) of the Winchester GTR (see map). Elevations in this tract range from 260 to 265 feet m.s.l. Like Tract #4, this tract floods only when the Black River rises to a 5- to 6-foot gage reading at Poplar Bluff. During 1994-1998, floodwaters resulting from prolonged and restricted release of Clearwater Lake water inundated this area from June until August.

The forest community on this tract consists of Nuttall oak, overcup oak, sweetgum, sycamore, and green ash. The dominant and codominant species are 70- to 80-year-old Nuttall oak. Stand basal area ranged from 70 to 80 $ft^2$/acre. Excessive mortality (59%) was occurring in the red oaks, while 50 to 60% die-back or mortality was evident in white oaks and gums. In openings created by dead trees, smartweed, lizard's tail, and buttonbush were developing in abundance. Buttonbush occurred on 69% of 123 sample plots taken in this tract (Appendix A, Table 1). Buttonbush plants that were 5 to 7 feet tall were 5- to 6-years-old. Little or no advance reproduction of overstory species was present.

Tract #6 - Control Stand #1 -- This 150-acre stand is located in a large bend of the Black River, just across the river from the Gar Slough Area (Tract #4) and only 0.25 miles north of the Winchester GTR (Tract #3). Because of its relationship to the river bend, much of the stand is on the higher natural levee of the river than adjacent tracts. Elevations range from 265-270 feet m.s.l. The stand only floods when the Poplar Bluff gage exceeds 9 feet, thus, the delayed, restricted release of water from Clearwater Lake in 1994-1998 did not inundate this stand.

The forest cover of the stand is comprised of willow oak, cherrybark oak, swamp chestnut oak, Nuttall oak, sweetgum and hickory (Appendix A, Figure 6a). Stand basal area ranged from 80 to 90 $ft^2$/acre. The stand was in the 80-100 year age class and appeared to be healthy and vigorous with little mortality or die-back (<2%). Ground cover included poison ivy, and trumpet creeper. Oak, hickory, and ash advance reproduction occurred in canopy openings (Appendix A, Figure 6b).

Tract #6 - Control Stand #2 -- This 150-acre stand is located along the Black River just west of the Winchester GTR (Tract #3). Elevations are similar to those of Control Stand #1, ranging from 265 to 270 feet m.s.l. The stand only floods when the Poplar Bluff gage exceeds 7.5 to 8 feet, thus inundation did not occur in 1994-1998 with the delayed, restricted release of Clearwater Lake water.

The stand is made up of 80- to 90-year-old Nuttall oak, overcup oak, green ash, and persimmon. Stand basal area averaged ca. 150 $ft^2$/acre. The stand appeared to be healthy and vigorous, with mortality and/or die-back being <2%. Ground cover includes many 6-inch tall overcup oak seedlings. Cutgrass and buttonbush occurred on 13 to 20% of sample plots (Appendix A, Table 1). WMA personnel said this stand is what all the GTR stands looked like in terms of mortality, vigor, and ground cover in 1991 (AGFC, 2000), prior to growing season flooding in 1994-1998.

General Stand Observations. -- Excessive mortality was occurring in all tracts except the two control stands. Mortality in oaks and gums was ranging from 15 to 60%. Some 30 to 40% of the trees that were not dead were showing severe die-back in the crowns. Stand inventories conducted by the

AGFC in the Winchester GTR (Tract #3) in 1986 and in the Gar Slough Area (Tract #4) in 1991, indicated that average mortality and/or die-back in those years was only 1.5% and 1.1%, respectively (Hausman and Zachary, 1986; AGFC, 1991). All dead or dying trees that were cored with an increment borer in October showed evidence of dead cambium and decaying sapwood. This is unusual for oaks, since they normally decay from the pith outward as a result of internal pathogens. Most dead and dying trees had evidence of active insects, particularly powder post beetles. These beetles only infest trees that are dead or dying, or under severe stress.

On all tracts except the two control stands, wetland indicator species were invading and occupying the understory, particularly underneath dead and dying trees where sunlight was sufficient. Except for the two control stands, little or no reproduction of overstory tree species were present in the understory, even in stands that had been thinned in the last 10 to 15 years for the specific purpose of promoting establishment of reproduction.

Soil moisture levels were generally lower on the high ridge and slackwater sites than the lower slough or depression sites. This was likely related to differences in water table depths and the associated lateral and upward movement of water in the soil.

Wind-throws were common on all tracts, except the two control stands. Most wind-throws showed evidence of damaged root systems resulting from saturated soils and/or high water tables. Many root systems had prolific development of root suckers (multiple bifurcations of small roots) at the soil/water table interface. This phenomenon has been observed and reported in other bottomland hardwood stands subjected to saturated soils and high water tables (Leininger, 1998).

## CONCLUSIONS

Many of the forest communities on the Dave Donaldson/Black River WMA are in a state of rapid decline and degradation. Mortality over the last two years in some tree species, especially Nuttall oak and sweetgum, has ranged from 20 to 80%; and crown die-back is evident in 50 to 80% of the living trees. Mortality in the mid-1980s and early 1990s in these stands was averaging only 1 to 2%. In addition, vegetation and plant communities that are developing in the understory of these dying stands are comprised almost entirely of facultative wetland species that normally occur on sites along lake, pond, or slough borders where the soils remain saturated with water most of the year. The age of buttonbush, a wetland shrub, was 5- to 6-years-old suggesting that it began invading the site in 1994-1995, the first years that growing season flooding occurred in the stands.

There are several possible causes for the rapid degradation of the oak dominated forests that developed and have existed in this flood plain for the last century. One alternative is that the oak stands have reached physiological maturity and are dying from old age. Another option is that the bottomland hardwood stands are suffering from general decline that is common in many GTR's in the South. The third alternative is that some change in soil or site conditions has occurred that has resulted in stand degradation.

An evaluation of the data and observations made in October 2000 tends to discount the first two options. For example: Even though some of the dead or dying Nuttall oak trees are approaching physiological maturity of 120 to 140 years, many of the younger Nuttall oak trees and even young trees of other species are also dying. Also, trees are only dying in large numbers on sites that have been subjected to growing season flooding in 1994-1998. Nuttall oaks that are approaching physiological maturity on sites not flooded during the growing season appear to be healthy and vigorous. In addition, on sites where oaks are dying, facultative wetland plants are invading the forest floor indicating that soils are remaining saturated during much of the year. Similar logic would also discount the option of general stand decline in GTR's. Oaks and other species are only dying in excessive quantities within the WMA on sites that were flooded during the growing season in 1994-1998, whether or not they were in a GTR. For example, excessive mortality was observed in two stands that were not under GTR management, but were flooded during the growing seasons of 1994-1998. Also, general stand decline associated with GTR management where stands are flooded only during the dormant season would not necessarily result in a major forest type conversion from a bottomland oak forest to a wetland or swamp forest community comprised of bald cypress, water tupelo and buttonbush.

The most logical explanation for the rapid degradation of many of the oak stands in the WMA is directly related to the 1993 change in the water control plan for Clearwater Lake and the Black River. The deviation from the authorized plan has subjected the oak forest communities in the WMA, and possibly elsewhere along the river, to abnormal and extended flooding and saturated soils during much of the growing season for five consecutive years. This explanation is supported by the findings of the EA released in February, 2000 by the USACE. These findings stated that extended inundation of hardwood forests during the growing season could result in adverse impacts to species composition and habitat deterioration on the Dave Donaldson/Black River WMA.

Even though the oak forests that exist in the Black River flood plain are tolerant of dormant season flooding and wet soils, they can not tolerate repeated growing season floods and saturated soils. The prolonged growing season flooding (June–August) that occurred in 1994-1998 undoubtedly resulted in saturated soils, inadequate oxygen levels in the water and the soil, increased root respiration, and significant root mortality and die-back in many of the less water tolerant trees such as Nuttall oak and sweetgum. Kramer (1969) points out that flooding of growing plants causes much more injury than flooding of dormant plants because the growing plant roots need higher levels of oxygen. He also emphasized that since high temperatures increase oxygen consumption of roots, flooding of the soil is much more serious in the warm growing season than in the cool dormant season. Loss of oxygen associated with increased water temperature in stagnate water during the summer months is a common cause of root mortality in flooded timber (Broadfoot, 1967). Kramer and Kozlowski (1960) also indicate that when oxygen deficits occur in warm water or saturated soils, anaerobic respiration in tree roots will damage or kill the roots.

As roots die and are unable to recover before subsequent flooding occurs, the top:root ratio of the trees become severely imbalanced. A recovery mechanism for the trees is to lose part of their top or canopy, thus die-back in the crown of the tree occurs in an attempt to better balance the deficient root system. When top die-back occurs, the tree is obviously under stress and is highly susceptible to

attack by forest pathogens, such as insects and diseases. The trees are also susceptible to wind-throw and to mortality from drought. Since growing season precipitation during 1999 and 2000 was significantly below normal (>10 inches below average each year), the rapid decline in the forest as manifested by the excessive mortality and die-back was likely the direct result of imbalanced top:root ratios and the trees' inability to provide adequate water to its crown. This phenomena would explain why mortality and die-back is generally more severe on the higher (drier) sites than on the lower more moist ones. Leininger (1998) has also observed that flooding willow oak during the growing season predisposes the trees to decline by inducing physiological stress through anaerobic conditions in the soil, and that late summer drought conditions incite the onset of active oak decline.

A continuation of growing season flooding will, in effect, result in the change in the soil classification in the WMA (USDA-NRCS, 2000). A soil classifier with NCRS in Little Rock indicated that if the Koble soils in the WMA remain saturated for at least 10 months per year, and facultative wetland plants begin to dominate the site, then the soils would have to be reclassified as Koble (ponded) rather than the current classification of Koble silty clay or Koble soils (frequently flooded). Also, Baker and Broadfoot (1979) point out that saturated or waterlogged soils, or soils with a water table depth that is <1 foot, or with continuous flooding would have to be evaluated as <u>unsuitable</u> for Nuttall oak and many other hardwoods that can not tolerate these soil conditions. If growing season flooding continues, the existing oak forest ecosystem will be destroyed and replaced with a wetland community (in this case bald cypress, water tupelo, buttonbush, and various wetland herbaceous plants) that can tolerate saturated and flooded soils during the growing season.

## REFERENCES

AGFC, 1984. Black River Wildlife Management Area Master Plan. On file with Arkansas Game and Fish Commission, Jonesboro, AR.

AGFC, 1991. Compartment summary, 1991 inventory of Gar Slough Area on Dave Donaldson/ Black River WMA. Report on file at AGFC office, Jonesboro, AR

AGFC, 2000. Personal communication with Mr. Louis Hausman, AGFC, Jonesboro, AR, October 12, 2000.

Baker, James B. and W.M. Broadfoot, 1979. Site evaluation for commercially important southern hardwoods. USDA-Forest Service Gen. Tech. Rep. SO-26. Southern Forest Experiment Station. New Orleans, LA 51 p.

Broadfoot, W.M., 1967. Shallow-water impoundment increases soil moisture and growth of hardwoods. Soil Sci. Soc. Of Amer. Proc. 31:562-564.

Hausman, Louis and Robert Zachary, 1987. Forest habitat analysis and management prescription for compartment 4 of Dave Donaldson/Black River WMA. Report on file at AGFC office, Jonesboro, AR 8 p.

Kramer, Paul J, 1969. Plant & Soil Water Relationships: A Modern Synthesis. McGraw-Hill Book Co. NY. 482 p.

Kramer, Paul J. and Theodore T. Kozlowski, 1960. Physiology of Trees. McGraw-Hill Book Co. NY. 642 p.

Leininger, Theodar D. 1998. Discovering the factors contributing to the decline and mortality of willow oaks in the D'Arbonne National Wildlife Refuge, LA. In Proc. of 2nd Southern Forestry GIS Conference. Athen, GA. Pp. 303-312.

NCDC, 2000. Weather station data for Pocahontus, AR. 1990-2000. National Climatic Data Center, NOAA. **www.ncdc.noaa.gov**

USACE, 1995. Clearwater Lake (Black River, Missouri) Water Control Manual. Department of the Army, Little Rock District, Corps of Engineers, Arkansas. Npn. (A revision of the February 1953 Manual).

USACE, 2000. Clearwater Lake Water Control Plan: Final Environmental Assessment. Preparers: Randy Norris and Rich Hall, Parson Engineering Science, Inc., St. Louis, MO. 28 p. + Appendix.

USDA-NRCS, 2000. Personal communication via telecom with Mr. Rick Fielder, Soil Classifier, NRCS, Little Rock, AR. Oct. 16, 2000.

USDA-SCS, 1978. Soil Survey of Clay County, Arkansas. U.S. Dep. of Agric., Soil Conservation Service. 92 p.

USDA-SCS, 1980. Soil Survey of Randolph County, Arkansas. U.S. Dep. Of Agric., Soil Conservation Service. 89 p.

USGS, 1964. Peach Orchard Quadrangle. Arkansas. Clay County. Geologic Survey, U.S. Geological Survey, Denver, CO.

USGS, 1968. Reyno Quadrangle. Arkansas. Clay, Greene, and Randolph Counties. Geologic Survey, U.S. Geological Survey, Denver, CO.