IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION, | ) | |
| Plaintiff, | ) | No. 05-381 L |
| | ) | |
| v. | ) | Judge Charles F. Lettow |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INSTALLATION OF WATER-LEVEL GAGES ON THE DAVE DONALDSON-BLACK RIVER WILDLIFE MANAGEMENT AREA**

Pursuant to the Court's ruling on October 24, 2006, Defendant, the United States of America, through its undersigned counsel, hereby files this Notice of Installation of Water-Level Gages on the Dave Donaldson-Black River Wildlife Management Area ("WMA"). Defendant's experts installed ten (10) water-level gages and one (1) barometric reference gage on the WMA on November 6 and 7, 2006. Exhibit A is a map of the WMA depicting the ten locations of the water-level gages and the one location of the barometric reference gage. Exhibit B is a chart listing the Global Positioning System ("GPS") location of each water-level gage and the barometric reference gage on the WMA.

Due to wet conditions on the WMA (including rainfall prior to and during installation of the gages), Defendant's experts were unable to reach one area of the WMA known as Gar Slough. Plaintiff has alleged substantial tree death in this area. With the correct equipment, Defendant's experts can install a water-level gage in this inundated area. Accordingly, Defendant's experts will return to the WMA at the earliest possible time, and with proper notice

to Plaintiff, to install a water-level gage in the Gar Slough area.

Dated: November 16, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ HelenAnne Listerman
HELENANNE LISTERMAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 305-0239

Of Counsel:
Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel