IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: November 16, 2006)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for Enlargement of Fact Discovery, filed September 27, 2006. The government requests a 32-day enlargement, until November 3, 2006, for unlimited fact discovery. Plaintiff filed its response to the government's motion on October 5, 2006, objecting to the government's request for unlimited fact discovery, but agreeing to the requested enlargement for the limited purpose of deposing five fact witnesses who had been noticed or subpoenaed prior to October 2, 2006, the deadline for fact discovery then in effect. When the government filed its reply on October 16, 2006, it withdrew its request for unlimited fact discovery and agreed to limit its request for an enlargement to the five depositions to which plaintiff had agreed. Therefore, the government's motion for enlargement of fact discovery is DENIED as moot.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge