# Exhibit A




Aerial photography source: Arkansas Geographic Information Office; 1-25-01 through 2-6-01

0 3,000 6,000 12,000 18,000 24,000 30,000 Feet

N

November 14, 2006 F:\projects\05-029_AGFC\Water gage locations 11_14_06_2.mxd

Locations of water level gages at Donaldson Wildlife Management Area; November 6 - 7, 2006.

Nutter & Associates, Inc.
Environmental Consultants