# Exhibit B

**Donaldson Wildlife Management Area**
**Black River, Arkansas**

**Coordinates for Water Level Gages and**
**Barametric Pressure Reference**
**Installed November 6 and 7, 2006**
**by Nutter & Associates, Inc.**

| Location | Longitude | Latitude |
|---|---|---|
| Brookings Gage | W90.7223868 | N36.28459764 |
| Hubbell Gage | W90.69909182 | N36.29703144 |
| Upper Island GTR | W90.70092612 | N36.30782597 |
| Lower Island GTR | W90.71181542 | N36.31203584 |
| Schaeffer's Eddy | W90.83425438 | N36.27753273 |
| Upper Reyno GTR 1 | W90.75175988 | N36.31045886 |
| Upper Reyno GTR 2 | W90.74787345 | N36.30546775 |
| Lower Reyno GTR | W90.74830483 | N36.30414771 |
| Winchester GTR | W90.77017017 | N36.26879669 |
| Schaeffer's Eddy Landing | W90.8162439 | N36.29060389 |
| Barometric Reference | W90.72048666 | N36.28281813 |

All points located by Trimble GEO XT GPS with differential correction.