IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: November 21, 2006)

| | |
|---|---|
| ARKANSAS GAME & FISH COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On November 20, 2006, the Clerk's office received a letter from Ms. Julie D. Greathouse, counsel for plaintiff. The Clerk did not file the letter because it did not comply with the Rules of the Court of Federal Claims ("RCFC"). The court by rule does not receive letters in chambers. Communications with the court are by filings that contain a proper caption. *See* RCFC 10(a).

The court directs the Clerk to return Ms. Greathouse's letter to her. All future submissions in this case shall be made in accordance with the RCFC.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge