# Exhibit B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARKANSAS GAME & FISH COMMISSION, Plaintiff, | No. 05-381 L |
| v. | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant. | |

**DECLARATION OF DR. WADE L. NUTTER**

I, Dr. Wade L. Nutter, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury, that the statements contained herein are true and correct.

1. I am President of Nutter & Associates, Inc., and Professor Emeritus of Hydrology and Soils at the University of Georgia. I have been retained by the United States in the case of Arkansas Game & Fish Commission v. United States.

2. On November 6 and 7, 2006, I installed ten (10) water-level gages on the Dave Donaldson-Black River Wildlife Management Area ("WMA") and one (1) barometric reference gage outside of the WMA. I had planned to install one of the water-level gages in an area known as Gar Slough. However, because of extremely wet conditions in Gar Slough, which were acerbated by rainfall that occurred just prior to and during the installation of the water-level gages, I was unable to reach the area – either by foot, boat, or truck – through property owned by Arkansas Game & Fish Commission. Although it appeared that I might be able to access Gar Slough via foot through a certain parcel of

land, I was informed by Lou Hausman, an employee of Arkansas Game & Fish Commission who accompanied Defendant's experts during the installation of the water-level gages, that the parcel was private property not owned by Arkansas Game & Fish Commission. As a result, I was unable to access Gar Slough during my November visit to the WMA.

3. Because Gar Slough was inaccessible, I alternatively installed a water-level gage at the edge of the Black River at Schaeffer's Eddy Landing, which was the nearest, most accessible point I could reach to Gar Slough in the WMA.

4. Although the water-level gage in the Black River at Schaeffer's Eddy Landing will produce good data, I believe that moving the water-level gage to Gar Slough will render even better data and be in a location previously identified by the Arkansas Game & Fish Commission where damage to trees had occurred.

5. Prior to the installation of the water-level gages on the WMA, I was advised that approximately six to eight inches of water covered certain portions of the WMA. I was able to install the other nine water-level gages in the initially planned areas either by boat or foot. These areas were inundated with water approximately two to three feet deep, but I was able to install the gages with the tools and equipment that I had brought with me to the WMA.

6. Having seen the inundated conditions of Gar Slough during my November visit, I will need to bring a boat with a motor, which is different from the one I used for the initial installation of the water-level gages to access Gar Slough (via property owned by Arkansas Game & Fish Commission). Also, I will bring additional equipment that will

aid in deep-water installation of the water-level gage in Gar Slough because I anticipate that Gar Slough will be much more deeply inundated with water now than it was in November.

Dr. Wade L. Nutter

December 1, 2006
Date