**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ARKANSAS GAME & FISH COMMISSION** **PLAINTIFF**

**v.** **NO. 05-381L**
**JUDGE CHARLES F. LETTOW**

**THE UNITED STATES**
**DEFENDANT**

**AFFIDAVIT OF DR. JERRY OVERTON**

I, Dr. Jerry Overton, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury, that the statements contained herein are true and correct.

1. I am President of ATOKA, Inc. and a professional hydrogeologist.

2. On November 6 & 7, 2006,1 accompanied Defendant's experts, including Dr. Wade Nutter, to the Dave Donaldson Black River Wildlife Management Area (the "WMA"). Lou Hausman, regional forester with the Arkansas Game and Fish Commission ("AGFC"), accompanied me on the site visit.

3. Prior to the site visit I inquired of AGFC personnel regarding the depth of the water on the WMA. I was informed that the WMA had two to three feet of water in some places and could be deeper in other areas. Therefore, Lou Hausman and I brought equipment to the site visit, including an aluminum boat with motor, which might be required to access areas of the WMA inundated with three feet or more of water.

4. The Gar Slough area could have been accessed with an aluminum boat and motor during our November 6 & 7, 2006 site visit. Defendant's experts never requested the use of Lou Hausman's boat.

Dr. Jerry Overton

Date 12/13/06

EXHIBIT
A