IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: December 14, 2006)

| | |
|---|---|
| ARKANSAS GAME & FISH COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the government's Motion to Request Permission to Move One Water-level Gage [sic] on the Dave Donaldson-Black River Wildlife Management Area ("Black River Management Area"), filed December 1, 2006. The government requests leave to remove a water-level gauge that the government's experts previously installed in one portion of the Black River Management Area, Schaeffer's Eddy Landing, and reinstall the gauge in another portion of the Management Area, Gar Slough. The government explains that, due to the extent of flooding in Gar Slough and the lack of proper equipment to reach that particular location, the government's experts were unable to install the gauge in Gar Slough on November 6-7, 2006 and instead installed the gauge in Schaeffer's Eddy Landing. The government now possesses the equipment necessary to reach Gar Slough and seeks to move the gauge from Schaeffer's Eddy Landing to Gar Slough. Arkansas Game & Fish Commission ("Arkansas Game") filed its response to the government's motion on December 13, 2006, objecting to the proposed removal and reinstallation of the gauge.

For good cause shown, the government's motion is GRANTED IN PART. Arkansas Game shall permit the government to install an additional water-level gauge in Gar Slough as soon as practicable. The government shall not remove the gauge previously installed at Schaeffer's Eddy Landing, but shall maintain that gauge in the same manner as the other nine gauges also installed on November 6-7, 2006. One ground on which Arkansas Game objects to the government's motion is that removal and reinstallation of the gauge would lead to variations in the data collected because the gauge to be installed in Gar Slough will not begin to collect data until more than a month after the other gauges began collecting data. Leaving in place the gauge at Schaeffer's Eddy Landing will preclude the interruption of the data gathering in that location, and the data gathered by the gauge to be installed in Gar Slough will simply provide additional data.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge