IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION, Plaintiff, | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**NOTICE OF INSTALLATION**
**OF A WATER-LEVEL GAGE IN THE GAR SLOUGH AREA**
**OF THE DAVE DONALDSON-BLACK RIVER WILDLIFE MANAGEMENT AREA**

Pursuant to the Court's rulings on November 16, 2006 and December 14, 2006, Defendant, the United States of America, through its undersigned counsel, hereby files this Notice of Installation of a Water-Level Gage in the Gar Slough Area of the Dave Donaldson-Black River Wildlife Management Area ("WMA"). Defendant's experts installed one (1) water-level gage in the Gar Slough area of the WMA on January 3, 2007. Exhibit A is a map of the WMA depicting the location of the water-level gage in Gar Slough and the locations of the previously installed water-level gages and barometric reference gage. See Am. Notice of Installation of Water-Level Gages on the Dave Donaldson-Black River Wildlife Management Area (doc. no. 36). Exhibit B is a chart listing the Global Positioning System ("GPS") location of each water-level gage, including the one recently installed in Gar Slough, and the barometric reference gage on the WMA. See id.

Dated: January 12, 2007

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ HelenAnne Listerman
HELENANNE LISTERMAN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 305-0239 (phone)
(202) 305-0506 (fax)
HelenAnne.Listerman@usdoj.gov

Of Counsel:
Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel