IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION, Plaintiff, | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**NOTICE OF DATA RETRIEVAL FROM PIEZOMETERS LOCATED ON THE DAVE DONALDSON-BLACK RIVER WILDLIFE MANAGEMENT AREA AND THE BAROMETRIC REFERENCE GAGE**

Pursuant to the Court's ruling on November 16, 2006, Defendant, the United States of America, through its undersigned counsel, hereby files this Notice of Data Retrieval from Piezometers Located on the Dave Donaldson-Black River Wildlife Management Area ("WMA") and the Barometric Reference Gage. On April 24, 2007, Defendant's expert retrieved data from ten piezometers located on the WMA and a barometric reference gage located on property outside of the WMA. After the data was retrieved from each piezometer and the barometric reference gage, Defendant's expert promptly placed the piezometers and the barometric reference gage back to their original locations "to continue collection of data." Arkansas Game & Fish Commission v. United States, 74 Fed. Cl. 426, 434 (2006). Defendant's expert was unable to reach, and therefore retrieve data from, the piezometer located in the Winchester Greentree Reservoir area ("Winchester GTR") due to unfavorable conditions on the WMA, which included approximately 2.5 feet of surface water and overcast skies.

One of Plaintiff's experts and one of Plaintiff's employees accompanied Defendant's expert during this data retrieval on the WMA.

On May 15, 2007, Defendant sent to Plaintiff by overnight mail the raw data collected from the piezometers and the barometric reference gage on April 24, 2007. This raw data was compiled in a series of Excel spreadsheets that were saved to a CD-ROM.

Dated: May 15, 2007

MATTHEW J. McKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ HelenAnne Listerman
HELENANNE LISTERMAN
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 305-0239 (phone)
(202) 305-0506 (fax)
HelenAnne.Listerman@usdoj.gov

Of Counsel:
Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel