# Exhibit A

**U.S. Department of Justice**

Environment and Natural Resources Division

90-1-23-11556

*Natural Resources Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0239*
*Facsimile (202) 305-0506*
*HelenAnne.Listerman@usdoj.gov*

April 6, 2007

*Via Electronic Mail and First-Class Mail*

Julie D. Greathouse
Perkins & Trotter, PLLC
P.O. Box 251618
Little Rock, AR 72225-1618

Re: Arkansas Game & Fish Commission v. United States, 05-381-L (Fed. Cl.)

Dear Julie:

As I briefly mentioned during our telephone discussion on Wednesday, April 4, 2007, Defendant's experts have determined that they need to take tree corings on the Dave Donaldson-Black River Wildlife Management Area ("WMA") sometime in May. The exact dates have not yet been solidified; I will notify you once they are. Please let me know if Plaintiff's representatives and/or experts would like to accompany Defendant's experts to the WMA.

If you object to Defendant's experts taking corings on the WMA, then please notify me by return correspondence as soon as possible. If I do not hear from you in writing by Friday, April 13, 2007, I will presume that Plaintiff has no objection.

As always, please contact me with any questions or concerns.

Sincerely,

HelenAnne Listerman

HelenAnne Listerman

CC: James F. Goodhart, Arkansas Game & Fish Commission
Jennifer Dalton, U.S. Army Corps of Engineers