# Exhibit B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION, Plaintiff, | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**DECLARATION OF WAYNE E. WILLIAMS**

I, Wayne E. Williams, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury, that the statements contained herein are true and correct.

1. I am Second Vice President of Sizemore & Sizemore, Inc., a forest appraisal, analysis, and management company. I have been retained by the United States in the case of Arkansas Game & Fish Commission v. United States.

2. I am a Registered Forester in Alabama (#1841), Arkansas (#997), and Mississippi (#02361), and a member of the Association of Consulting Foresters of America. I have been a registered forester for 6 years and a member of ACF for 3 years. I have 32 years of experience as a forester, and 34 years of experience taking tree increment cores.

3. I had planned to collect tree increment cores from approximately 420 trees on the Dave Donaldson-Black River Wildlife Management Area ("WMA") during May of this year. Because Arkansas Game & Fish Commission artificially floods the WMA in the fall and winter months, I would not have been able to take the increment tree cores prior to the

spring.

4. Since March of this year, I have been monitoring the water levels on the WMA through various sources, including the National Water Information System for the Black River near Corning, Arkansas, which is maintained by the United States Geological Survey ("USGS") and is available online at http://waterdata.usgs.gov/ar/. This web site contains the river gauge readings for the Black River near Corning, Arkansas, as well as precipitation levels for the area.

5. Additionally, I spoke to Dr. Wade Nutter, a hydrologist for the United States in this case, about water conditions on the WMA. Dr. Nutter visited the WMA on April 24, 2007 to retrieve recorded readings from piezometers and observed that many areas of the WMA were inundated with at least 2.5 feet of water. Dr. Nutter advised me that the only way to navigate around the WMA would be by using some type of boat. Dr. Nutter also advised me that there would be areas on the WMA where my team and I would not be able to collect any tree increment cores because of the depth of the water.

6. I have also spoken to Roger Chris Hicklin, an employee with the United States Corps of Engineers who visited the WMA on May 15, 2007. Mr. Hicklin informed me of the high water levels in various areas of the WMA, including Winchester, Schaeffer's Eddy, Upper Reyno, Lower Reyno, Brookings, and Hubble Bridge. Mr. Hicklin stated that the current water levels on the WMA are higher than the typical water levels when Arkansas Game and Fish annually floods the property from approximately October to March to attract winter waterfowl. Mr. Hicklin advised me that a boat would be needed to navigate the WMA in its current condition and that some areas of the WMA were inaccessible for

tree increment core collection because of the deep water levels. I have read the Declaration of Roger Chris Hicklin and have viewed the pictures attached to his declaration.

7. I have visited the WMA twice over the past year and a half, both times spending many hours on the site. I have walked into many of the sites proposed for tree increment core collection and can understand the severity of the water levels, as described to me, on the WMA from these visits.

8. Based on information that I have gathered and from conversations that I have had with Dr. Nutter and Mr. Hicklin, I believe it would not only be difficult, but dangerous, to attempt to take tree increment core samples on the WMA in its current state, that is, when the site is inundated with high levels of water. Considering the current conditions on the WMA, my team and I would not only have to navigate through the WMA in boats, but also bore the trees from the boats to collect our samples. For a tree increment core to be extracted from a tree, a forester must vigorously lean into the tree and push on the increment borer (which is the tool used to extract an increment core) to start the borer drilling into the tree. This action is similar to using a hand brace to cut a hole in a board. Pushing very hard against an immovable object (the tree) from within a movable object, such as a boat, is a very difficult task. Thus, for a forester to balance himself or herself in a boat that can move around while boring a tree would be a very unsafe operation to undertake. This is analogous to trying to drill a hole in a wall while standing on a skate board.

9. To collect tree increment core samples safely on the WMA, my team, and I would need to

wait until sufficient water recedes from the WMA so we can travel through the property by foot and not rely on boats to move between sample locations and collect tree increment core samples from a boat.

Wayne E. Williams

5/22/2007
Date