# Exhibit C

**U.S. Department of Justice**

Environment and Natural Resources Division

90-1-23-11556

*Natural Resources Section*
*P.O. Box 663*
*Ben Franklin Station*
*Washington, DC 20044-0663*

*Telephone (202) 305-0239*
*Facsimile (202) 305-0506*
*HelenAnne.Listerman@usdoj.gov*

May 2, 2007

*Via Electronic Mail and First-Class Mail*

Julie D. Greathouse
Perkins & Trotter, PLLC
P.O. Box 251618
Little Rock, AR 72225-1618

Re: Arkansas Game & Fish Commission v. United States, 05-381-L (Fed. Cl.)

Dear Julie:

As we advised you in our letter of April 6, 2007, our experts will be taking tree core samples on the Dave Donaldson-Black River Wildlife Management Area (WMA) as part of the factual investigation supporting their expert work in this case. You have indicated that you do not intend to object to our request to enter upon the property.

While we had hoped to take the tree core samples in early May, our experts have discovered that due to the unusually large amount of rainfall in northeastern Arkansas this spring, much of the WMA is currently under water. The taking of these tree cores while the area is under water is more difficult, time consuming, and potentially dangerous.

Currently we are hopeful that if we wait a few weeks, sufficient drying will occur such that the tree coring can be performed from solid ground. Therefore, we have tentatively rescheduled our tree coring work (which will involve sampling approximately 420 trees and will take approximately 7-11 days) to begin on May 21, 2007. However, if there is additional rainfall, and the ground does not dry out, we will not be able to complete the tree coring by the current factual discovery deadline of May 31, 2007.

We have discussed with you telephonically the fact that we may be unable to complete this tree coring by May 31 if the WMA remains inundated with surface water, and that, if so, we intend to move to extend factual discovery for the tree coring to be completed. You have indicated that you intend to object to our request to extend.

If you have any questions concerning our tree core sampling program, please let me know.

Sincerely,

HelenAnne Listerman

HelenAnne Listerman

CC: James F. Goodhart, Arkansas Game & Fish Commission
Jennifer Dalton, U.S. Army Corps of Engineers