# Exhibit D

**PERKINS & TROTTER, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY
*Attorneys and Counselors*

JULIE D. GREATHOUSE
jgreathouse@perkinstrotter.com

POST OFFICE BOX 251618
LITTLE ROCK, ARKANSAS 72225-1618
TEL 501-603-9000
FAX 501-603-0556
www.perkinstrotter.com

*Street Address*
1 Information Way, Suite 200
Little Rock, Arkansas 72202

May 4, 2007

*Via Electronic Delivery and Regular Mail*
HelenAnne Listerman
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663

Re: *Arkansas Game & Fish Commission v. United States*; Ct. Fed. Cl., No. 05-381L

Dear HelenAnne:

This letter is sent in response to your letter of May 2, 2007. It is Plaintiff's position that the tree coring certainly could have been performed for many months prior to the fact discovery deadline and can still occur under current environmental conditions before May 31, 2007. Plaintiff will object to any further delay in discovery completion resulting from a request to take core samples as it has already been over two years since this case was filed, and Defendant has had ample opportunity throughout this time to perform the core sampling.

Sincerely,

PERKINS & TROTTER, PLLC

Julie Greathouse

Julie D. Greathouse

JDG/scr

Cc: James F. Goodhart