# Exhibit E

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION, Plaintiff, | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**DECLARATION OF ROGER CHRIS HICKLIN**

I, Roger Chris Hicklin, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury, that the statements contained herein are true and correct.

1. I am the Chief of the Planning and Environmental Office for the Little Rock District of the United States Corps of Engineers.

2. For almost three decades, I have been a frequent visitor to the Dave Donaldson-Black River Wildlife Management Area ("WMA"). From 1980 to the present, I have hunted on the WMA. I purchased a hunting cabin that borders the WMA in 1987, which I still own today. Additionally, during various points of my 28-year career with the Little Rock District of the United States Corps of Engineers, I have worked on projects relating to the WMA. During my years visiting the WMA, I have navigated the property by foot, boat, ATV, and truck.

3. On May 15, 2007, I visited the WMA for the purpose of observing the surface water on various areas of the property. Jennifer Dalton, an attorney with the Little Rock District of the United States Corps of Engineers, accompanied me.

4. On May 15, 2007, I visited by truck and foot the following areas on the WMA: the Winchester Greentree Reservoir, Upper Reyno Greentree Reservoir, Lower Reyno Greentree Reservoir, Schaffer's Eddy Landing, Brookings, and Hubble Bridge. I only viewed the edges of the areas because I was not in a boat and the areas were flooded. I did not attempt to reach the Gar Slough area because of the high water.

5. All of the areas that I visited on the WMA were inundated with water. The only way to navigate throughout the entire WMA in this condition would be by boat. The WMA water levels on May 15, 2007 were similar or higher to water levels typical during duck hunting season when Arkansas Game & Fish Commission artificially floods the WMA.

6. I noted that the water gage at Corning, Arkansas, which is located upstream of the WMA and is an indicator of water conditions within the WMA, was approximately 11.0 feet. I took several pictures, which are attached to my declaration, during my visit to the WMA on May 15, 2007. Exhibit A includes pictures from the Winchester Greentree Reservoir. Exhibit B includes pictures from the Reyno Levee, which is the western boundary of the Upper and Lower Reyno Greentree Reservoirs, and from a small levee within the Greentree areas. Exhibit C includes pictures of Schaeffer's Eddy. Exhibit D includes pictures from the Brookings area, including a picture of the Brookings staff gage that reads 267.65 feet above sea level. Exhibit E is a picture of Hubble Bridge, with the road on both sides of the bridge under water.

Roger Chris Hicklin

5/21/2007
Date