# Exhibit A
# to
# Declaration of
# Roger Chris Hicklin


05.15.2007


05.15.2007