# Exhibit C
# to
# Declaration of
# Roger Chris Hicklin


05.15.2007


05 . 15 . 2007