# Exhibit D
# to
# Declaration of
# Roger Chris Hicklin


05.15.2007


274
2
1
270
9
8
05.15.2007