# Exhibit F

Pocahontas**

| | Jan | Feb | Mar | Apr | May* | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean (18 yrs) | 3.89 | 4.07 | 4.31 | 4.39 | 4.09 | 3.19 | 3.67 | 2.82 | 3.58 | 3.57 | 5.25 | 4.31 |
| 2006 | 2.71 | 2.48 | 2.80 | 2.36 | 1.83 | 2.61 | 4.13 | 2.64 | 11.92 | 6.87 | 5.12 | 2.93 |
| 2007 | 5.93 | 3.27 | 0.89 | 2.72 | 4.33 | | | | | | | |

Corning**

| | Jan | Feb | Mar | Apr | May* | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean (18 yrs) | 3.49 | 3.98 | 4.51 | 4.03 | 4.08 | 3.61 | 4.39 | 2.82 | 3.88 | 3.55 | 4.86 | 3.85 |
| 2006 | 3.15 | 2.54 | 5.94 | 3.10 | 2.29 | 2.27 | 3.51 | 5.28 | 7.73 | 5.62 | 6.61 | 3.63 |
| 2007 | 6.35 | 3.49 | 1.91 | 2.95 | 4.06 | | | | | | | |

Poplar Bluff**

| | Jan | Feb | Mar | Apr | May* | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean (88 yrs) | 3.50 | 3.16 | 4.63 | 4.65 | 4.81 | 3.92 | 3.50 | 3.46 | 3.61 | 3.21 | 4.16 | 3.85 |
| 2006 | 3.35 | 1.95 | 5.72 | 2.79 | 3.68 | 2.47 | 5.62 | 1.39 | 7.82 | 7.13 | 5.20 | 2.83 |
| 2007 | 4.94 | 5.16 | 2.18 | 3.33 | 6.65 | | | | | | | |

* May measurements in 2007 are from 5/1 to 5/22

** All values in inches

( ) indicate the number of years in the dataset

2006 and 2007 data taken from USGS online database for the following stations:

Pocahontas (USGS gage # 07069000)
Corning (USGS gage # 07064000)
Poplar Bluff (USGS gage # 07063000)
Available: www.waterdata.usgs.gov

Mean Values were calculated from data received from the High Plains Regional Climate Center for the following station:

Poplar Bluff (station # 236791), years of dataset: 1918 - 2006
Available: www.hprcc.unl.edu

Mean Values were calculated from data received from the Southern Regional Climate Center for the following stations:

Pocahontas (station # 031632), years of dataset: 1988 - 2006
Corning (station # 035820), years of dataset: 1988 - 2006
Available: www.srcc.lsu.edu