**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ARKANSAS GAME & FISH COMMISSION** **PLAINTIFF**

**v.** **NO. 05-381L**
**JUDGE CHARLES F. LETTOW**

**THE UNITED STATES** **DEFENDANT**

**AFFIDAVIT OF LOUIS HAUSMAN**

I, Louis Hausman, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury, that the statements contained herein are true and correct.

1. I am a registered forester with the State of Arkansas and am employed as a Habitat Biologist with the Arkansas Game and Fish Commission. I work within the Region I Wildlife Management Division, covering 8 counties in Northeast Arkansas, including Clay, Greene and Randolph Counties in which the Dave Donaldson Black River Wildlife Management Area (the "WMA") is located.

2. On April 24, 2007, I accompanied Defendant's experts, including Dr. Wade Nutter, to the Dave Donaldson Black River WMA while the Defendant collected information from water piezometers it previously installed on the WMA.

3. I visited the WMA at least five times between the beginning of April and end of May and, during those visits, I observed surface conditions on the WMA.

4. It is a general forestry practice to take tree core samples at 4.5 feet above the ground level at DBH (diameter breast height).

5. On or about May 3, 2007, the water level gauge at Black River started to climb due to excessive rainfall in the upper basin of the relevant watershed and began falling again on or about May 21, 2007.



tabbies
EXHIBIT
A

6. On April 24, 2007, and at various other times during April and May, specifically including the period after May 21, 2007, surface conditions were such that water present on the WMA ground surface was consistently below 4.5 feet in height, and in many locations was considerably lower, and tree core samples could have been collected safely throughout the WMA by Defendant's experts while wearing either hip boots or waders, except perhaps an aluminum boat would have been needed in a few low places.

Louis F Hausman 6-8-2007

Louis Hausman Date