IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ARKANSAS GAME & FISH COMMISSION PLAINTIFF

v. NO. 05-381L
JUDGE CHARLES F. LETTOW

THE UNITED STATES DEFENDANT

AFFIDAVIT OF STEPHANIE DANIEL

I, Stephanie Daniel, pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury, that the statements contained herein are true and correct.

1. I became the Area Manager for the Dave Donaldson Black River Wildlife Management Area (the "WMA") in September of 2006 and am currently serving in that position.

2. My office is located on the WMA and I regularly observe surface conditions on the WMA on at least a weekly basis.

3. On or about April 18, 2007, I personally used a four-wheeled ATV to ride across significant parts of the WMA. The surface conditions were such that many parts of the area had little water present and could be accessed on foot while wearing rubber hip boots.

4. During the months of April and May 2007, major areas of the WMA generally were accessible by four-wheeled ATVs or on foot with the use of proper equipment, such as hip boots or waders. A small boat possibly may have been needed to access some low places. The northeast part of the State, where the WMA is located, and parts of southern Missouri experienced significant rainfall on or about May 3, 2007, and from approximately May 3, 2007 to May 21, 2007, elevated water conditions on the



EXHIBIT
tabbies
B

Black River caused flooding on much of the WMA. However, even during that period of flooding, water levels on the principal areas of the WMA generally remained below 4.5 feet, although some low-lying areas, including boat lanes, could have experienced water up to or above 4.5 feet.

Stephanie Daniel 6-8-07

Stephanie Daniel Date