IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: June 18, 2007)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for Modification of Fact Discovery Schedule, filed May 25, 2007. The government requests an enlargement to allow their experts to take tree increment cores at the Wildlife Management Area once the high water levels on the site have receded, or at least until July 31, 2007. Plaintiff responded to the government's motion on June 8, 2007, objecting to the requested modification of the fact discovery schedule.

For good cause shown, the government's motion for modification of the discovery schedule is GRANTED. The schedule set forth in the Opinion of November 16, 2006 is hereby modified such that factual discovery in this case shall now be completed by July 31, 2007.

The court also acknowledges the filing of a Joint Status Report on June 12, 2007, as was requested in the decision entered on November 16, 2006. The report contains the parties' respective proposals for a schedule of future proceedings. The parties disagree on the deadlines for expert discovery. Giving consideration to the competing proposals, the court adopts the following schedule:

| Event | Deadline |
| --- | --- |
| Government's experts shall remove piezometers from Dave Donaldson-Black River Wildlife Management Area | September 30, 2007 |
| Plaintiff shall disclose its expert witnesses' reports | November 9, 2007 |

| | |
|---|---|
| Government shall disclose its expert witnesses' reports | December 21, 2007 |
| Plaintiff shall disclose its expert witnesses' rebuttal reports | February 1, 2008 |
| Expert discovery shall end | February 29, 2008 |
| Submission of joint status report | March 14, 2008 |

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge