**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION | ) | |
| Plaintiff, | ) | No. 05-381L |
| v. | ) | Judge Charles F. Lettow |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of William J. Shapiro, in substitution for HelenAnne Listerman, as attorney for the United States in the above-referenced action. Service of all papers by U.S. Mail and Federal Express should be addressed as follows:

William J. Shapiro
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

Dated: September 10, 2007

Respectfully submitted,

s/ William J. Shapiro

WILLIAM J. SHAPIRO
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

Attorney for Defendant

Of Counsel

Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel
700 West Capitol
Little Rock, Arkansas 72201
(501) 324-6180 (phone)
Jennifer.Dalton@sw102.usace.army.mil