**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-381L<br><br>Judge Charles F. Lettow |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Plaintiff, Arkansas Game and Fish Commission ("AGFC") and Defendant, the United States of America, by and through their respective counsel, hereby submit this Joint Motion for Modification of Scheduling Order.

1. The Court entered a scheduling order on June 18, 2007 (Docket No. 47).

2. The parties have conferred regarding the exchange of expert reports and the anticipated need for depositions of expert witnesses, and agree that a modification of the scheduling order is necessary.

3. Therefore, the parties jointly request that the Court modify the previously-entered scheduling order, as follows:

| **Event** | **Date as set forth in the Court's June 18, 2007 Scheduling Order** | **Proposed Date** |
|---|---|---|
| Government's experts shall remove piezometers from Dave-Donaldson-Black River Wildlife Management Area | September 30, 2007 | September 30, 2007 (completed) |
| Plaintiff shall disclose its expert witnesses' reports | November 9, 2007 | November 26, 2007 (completed) |
| Government shall disclose its expert witnesses' reports | December 21, 2007 | February 29, 2008 |
| Plaintiff shall disclose its expert witnesses' rebuttal reports | February 1, 2008 | April 4, 2008 |
| Expert discovery shall end | February 29, 2008 | May 2, 2008 |
| Submission of joint status report | March 14, 2008 | May 5, 2008 |

4. This Motion for Modification of the Scheduling Order was jointly prepared by counsel for the Plaintiff and counsel for the United States. Counsel for the United States has authorized counsel for the Plaintiff to file this motion on behalf of both parties.

WHEREFORE, Plaintiff, Arkansas Game and Fish Commission, and Defendant, United States of America, pray that this Court enter an order extending the deadlines for completion of expert discovery and submission of the joint status report as set forth herein, and for all other just and proper relief.

Dated: November 30, 2007

Respectfully submitted,

s/ Julie D. Greathouse
PERKINS & TROTTER, PLLC
P.O. Box 251618
Little Rock, AR 72225-1618
(501) 603-9000 (phone)
(501) 603-0556 (fax)
jgreathouse@perkinstrotter.com

Of Counsel

G. Alan Perkins
PERKINS & TROTTER< PLLC
P.O. Box 251618
Little Rock, AR 72225-1618
(501) 603-9000 (phone)
(501) 603-0556 (fax)
aperkins@perkinstrotter.com

James F. Goodhart
ARKANSAS GAME & FISH COMMISION
#2 Natural Resources Drive
Little Rock, AR 72205
(501) 223-6327 (phone)
(501) 223-6463 (fax)
jfgoodhart@agfc.state.ar.us

s/ William J. Shapiro
WILLIAM J. SHAPIRO
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

Of Counsel

Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel
700 West Capitol
Little Rock, Arkansas 72201
(501) 324-6180 (phone)
Jennifer.Dalton@sw102.usace.army.mil