IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: December 5, 2007)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Modification of Scheduling Order, filed November 30, 2007. The parties request an extension of time in which to complete expert discovery and submit their joint status report.

For good cause shown, the parties' motion is GRANTED. The schedule set forth in the Order of June 18, 2007 is hereby modified such that discovery and other pre-trial steps shall proceed in accord with the following schedule:

| Event | Deadline |
| --- | --- |
| Government shall disclose its expert witnesses' reports | February 29, 2008 |
| Plaintiff shall disclose its expert witnesses' rebuttal reports | April 4, 2008 |
| Expert discovery shall end | May 2, 2008 |
| Submission of joint status report | May 5, 2008 |

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge