**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-381L<br><br>Judge Charles F. Lettow |

**MOTION FOR TRIAL SETTING**

Plaintiff, Arkansas Game and Fish Commission ("AGFC" or "the Commission"), by and through its counsel, hereby submits this Motion for Trial Setting and states as follows:

1. This action was initiated by Plaintiff's Complaint filed on March 17, 2005.

2. Some of Plaintiff's expert witnesses began collecting and analyzing data on the Dave Donaldson Black River Wildlife Management Area ("WMA") in the years 2000 and 2001 to determine whether damage had resulted to the WMA as a result of the United States' unauthorized tree flooding.

3. Since that time, one of Plaintiff's expert witnesses, Jim Foster, who has retired from Kingwood Forestry Services, Inc., has represented that he is in a state of declining health as a result of having battled cancer and taken treatment related to that cancer. Two other Kingwood employees who participated in the collection and analysis of relevant data have since left employment with the experts' firm. Dr. Jim Baker also has retired from Kingwood though, he still remains active with this case

4. Due to age and health concerns related to some of Plaintiff's expert witnesses and the affect that could be had on their availability for trial, Plaintiff requests that the Court set this case for trial in the fourth quarter of 2008.

4. The Court recently entered an Order upon the joint motion of the parties to extend the expert discovery schedule. Expert discovery is scheduled to be completed on May 2, 2008, and a joint status report is due on May 5, 2008. Plaintiff anticipates the remainder of the case will include a period for dispositive and pretrial motions followed by a trial.

5. Because the parties' joint status report is not due until May 5, 2008, Plaintiff anticipates the Court's 2008 calendar may be full by that time. Therefore, in advance of a joint status report, Plaintiff requests that the Court set this case for trial during the fourth quarter of 2008. Plaintiff believes the tasks associated with the remainder of the case, including dispositive and pretrial motions, could be fully accomplished between May and the fourth quarter of 2008.

6. Plaintiff so moves in the interest of preserving the testimony of Plaintiff's expert witnesses.

WHEREFORE, Plaintiff, Arkansas Game and Fish Commission, pray that this Court enter an order setting this case for trial in 2008, and for all other just and proper relief.

DATED: December 20, 2007.

By: /s/ Julie D. Greathouse
PERKINS & TROTTER, PLLC
P. O. Box 251618
Little Rock, AR 72225-1618
Telephone: (501) 603-9000
Telefax: (501) 603-0556
jgreathouse@perkinstrotter.com

Of Counsel

G. Alan Perkins
PERKINS & TROTTER, PLLC
Post Office Box 251618
Little Rock, AR 72225-1618
Telephone: (501) 603-9000
Telefax: (501) 603-0556
aperkins@perkinstrotter.com

James F. Goodhart
ARKANSAS GAME & FISH COMMISSION
#2 Natural Resources Drive
Little Rock, AR 72205
Telephone: (501) 223-6327
Telefax: (501) 223-6463
jfgoodhart@agfc.state.ar.us

*ATTORNEYS FOR PLAINTIFF*
ARKANSAS GAME & FISH COMMISSION

CERTIFICATE OF SERVICE

I certify that I have, on this 20th day of December 2007, served a copy of the foregoing document on the party hereto by electronic filing:

William Shapiro
United States Department of Justice
Environment & Natural Resources Division
501 I Street, Ste. 9-700
Sacramento, CA 95814

/s/ Julie D. Greathouse