IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: December 21, 2007)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held by telephonic means on January 18, 2008, at 10:00 a.m. EST, to set a date for trial. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge