**Shapiro, William (ENRD)**

**From:** Shapiro, William (ENRD)
**Sent:** Monday, November 26, 2007 3:05 PM
**To:** Julie Greathouse
**Cc:** Richard Hughes; Selina Rice; Goodhart, James F.
**Subject:** RE: Plaintiffs Expert reports

Julie -

I am continuing to have trouble locating certain data in your response. Specifically,

(1) For Table 5 -- what specific data is this based upon? That is, what page does this come from?
(2) Table 7: what "information collected by Mickey Heitmyeyer" are you referring to? At what page number could I find that information? The "topographic surveys and field surveys on the WMA" also is not specific enough to find this. What page number is that information located on?
(3) Table 8, Figure 24: What raw data are you referred to? At what page number could I find that information?

Are you able to send this to me tomorrow? Thanks,

Bill

-----Original Message-----
From: Julie Greathouse [mailto:jgreathouse@perkinstrotter.com]
Sent: Monday, November 19, 2007 1:20 PM
To: Shapiro, William (ENRD)
Cc: Richard Hughes; Selina Rice; Goodhart, James F.
Subject: RE: Plaintiffs Expert reports

Bill: You may be aware that the US and AGFC agreed to produce its raw data in advance of the expert discovery phase of the case. AGFC previously produced the following Heitmeyer raw data documents to HelenAnne Listerman:

AGFC-10372
Heitmeyer's Raw Data - Non-GTR
AGFC-10375
Heitmeyer's Raw Data - Nuttall Oak w/ charts
AGFC-10378
Heitmeyer's Raw Data - Control
AGFC-10381 through 10389
Heitmeyer's Raw Data - GTR w/ charts

We also produced Kingwood Forestry's raw data with a letter dated April 25, 2007.

A few additional documents are being bates numbered and will be produced to you electronically tomorrow.

As for the specific tables and figures mentioned in your email, please see below:

Table 5: Data are from AGFC topographic and design features identified in the Arkansas Game and Fish Commission's 1984 Master plan for area development and management of Dave Donaldson/Black River WMA. The citation is listed in full on page 46 of the report under "Literature Cited." This document has already been produced to Defendant.

Table 6: Information from USGS gauge station on the Black River at Corning, AR. This data is cited as USGS 2005 Water resources



Exhibit 1 to United States' Motion

information at http://www.usgs.gov on page 50 of the report.

Table 7: Information collected by Mickey Heitymeyer in the spring of 2005 using the above referenced USGS gauge data and readings on the respective water-control structures on the WMA. Oak distribution data were determined from topographic surveys and field surveys on the WMA.

Table 8: Analyses from raw data already produced to Defendant.

Figure 15: Summarized from above referenced USGS gauge data.

Figure 22: Same as Figure 15.

Figure 24: Same as Table 8.

-Julie

Julie DeWoody Greathouse
Perkins & Trotter, PLLC
Post Office Box 251618
Little Rock, Arkansas 72225-1618
Phone: (501) 603-9000
Fax: (501) 603-0556
jgreathouse@perkinstrotter.com
www.perkinstrotter.com

-----Original Message-----
From: Shapiro, William (ENRD) [mailto:William.Shapiro@usdoj.gov]
Sent: Thursday, November 15, 2007 3:52 PM
To: Julie Greathouse; jfgoodhart@agfc.state.ar.us
Cc: Shapiro, William (ENRD)
Subject: Plaintiffs Expert reports

All -

I am sending this email to verify that we are not missing any data from plaintiffs' expert reports, which the rules require be sent with an expert's report. See RCFC 26(a)(2)(B). There are several statements, tables and figures that contain no citation - for example, in Mr. Heitmeyer's Plan, there is no reference for Tables 5, 6, 7, or 8, or for Figures 15, 22, or 24. To the extent data has not been identified or has been otherwise withheld, I would ask that it be transmitted immediately. Given our extremely short review period, if data are provided late, we may be forced to seek an extension of time. Thanks for your attention to this matter.

Bill

Sent Using U.S. DOJ/ENRD BES Server