**Shapiro, William (ENRD)**

**From:** Richard Hughes [rhughes@perkinstrotter.com]
**Sent:** Tuesday, November 27, 2007 9:46 AM
**To:** Shapiro, William (ENRD)
**Cc:** Julie Greathouse; jfgoodhart@agfc.state.ar.us
**Subject:** AGFC v. US; Additional expert information

Mr. Shapiro:

You may access Dr. Heitmeyer's field notes by clicking on the link below. Please note that this is a rather large file (53 mb). Please allow sufficient time for the file to load before attempting to save. This file will be available for download for the next 24 hours. Do not hesitate to call should you have any problems.

www.perkinstrotter.com/AGFC10671-10717.pdf

Richard Hughes, IV
PERKINS & TROTTER, PLLC
P.O. Box 251618
Little Rock, Arkansas 72225
501-603-9000
www.perkinstrotter.com

Exhibit 2 to United States' Motion