**U.S. Department of Justice**

Environment and Natural Resources Division

*Natural Resource Section*
*Sacramento Field Office*
*501 I Street, Suite 9-700*
*Sacramento, CA 95814-2322*

*Telephone (916) 930-2207*
*Facsimile (916) 930-2210*

December 4, 2007

**Julie D. Greathouse**
Perkins & Trotter, PLLC
1 Information Way, Suite 200
Little Rock, AR 72202
(501) 603-9000 (phone)

**James F. Goodhart**
Arkansas Game & Fish Commission
2 Natural Resources Drive
Little Rock, AR 72205
(501) 364-4263 (phone)

**BY FEDERAL EXPRESS**

Re: Arkansas Fish and Game Commission v. United States, No. 05-381-L (CFC)

Counsel:

Given the several emails over the last several weeks, I wanted to make sure that I have a clear understanding of the data underlying plaintiff's expert reports. Based on our several email exchanges, we have the following understanding:

1. Plaintiff identified the following expert reports:

   a. A June 2006 report titled "Dave Donaldson Black River Wildlife management Area Restoration and Management Plan," authored by Mickey E. Heitmeyer;
   b. A January 2001 report titled "Resource Evaluation and Damage Appraisal for Arkansas Game and Fish Commission," authored by Kingwood Forestry Services, Inc. (AGFC1574-1716);
   c. A December 2001 report titled "Resource Evaluation and Damage Appraisal for Arkansas Game and Fish Commission Part II," authored by Kingwood Forestry Services, Inc. (AGFC2429-2567);
   d. A November 15, 2005 report titled "Report on the 2005 Follow-up Study of the 2001 Resource Evaluation and Damage Appraisal Report for the Arkansas Game and Fish Commission," authored by Kingwood Forestry Services, Inc. (AGFC5864-5888);
   e. A four-page report titled "Evaluation of Vegetation Management Requirements for Control of Invasive Species on Arkansas Game & Fish Commission Dave Donaldson Black River Wildlife Management Area," authored by UAP Distribution, Inc. (attached to a November 26, 2007 email from Julie to me);

GOVERNMENT EXHIBIT 4

f. A three-page report titled "Recommendations and Cost Estimates to Re-Establish Oak-Dominated Forests on Damaged Areas," authored by Martin Blaney (attached to a November 21, 2007 email from Richard Hughes to me).

2. Any and all data used to support any analysis or conclusions in these reports is contained, or specifically identified by Bates Number, in the reports themselves without exception.

3. In response to my questions regarding certain figures or tables in Mr. Heitmeyer's report, plaintiff made the following response:

a. **Table 5** is based on data generated by Mr. Heitmeyer. The only evidence of how this figure was generated, or what information this figure is based, is contained at page AGFC10697 of Mr. Heitmeyer's field notes. See Email from Julie Greathouse to me, dated Dec. 3, 2007.
b. **Table 6** is based on data taken from a USGS webpage listing gauge levels on Black River at Corning, AR. See Email from Julie Greathouse to me, dated Nov. 19, 2007.
c. **Table 7** is based on "information collected" by Mr. Heitmeyer in the spring of 2005. The only evidence of what the "information collected" is or how it was collected is contained at page AGFC10697 of Mr. Heitmeyer's field notes. See Email from Julie Greathouse to me, dated Dec. 3, 2007; Email from Julie Greathouse to me, dated Nov. 19, 2007.
d. **Table 8** is based on an analysis of "raw data already produced to Defendant." See Email from Julie Greathouse to me, dated Nov. 19, 2007. Plaintiff is unable to point to any page of the record that supports this table, although Plaintiff states that the table is a "summary of raw data collected by Dr. Heitmeyer according to the categories indicated." See Email from Julie Greathouse to me, dated Dec. 3, 2007. The only information available to evidence what "raw data" Dr. Heitmeyer collected is his field notes, numbered AGFC10671-10717.
e. **Figure 15** is based on data from a USGS webpage listing gauge levels on Black River at Corning, AR. See Email from Julie Greathouse to me, dated Nov. 19, 2007.
f. **Figure 22** is based on data from a USGS webpage listing gauge levels on Black River at Corning, AR. See Email from Julie Greathouse to me, dated Nov. 19, 2007. There are no data to support the majority of Figure 22 with regard to levels over five feet (as AGFC10652-53 only includes 1987-1990 and 1995 only). See Email from me to Julie Greathouse, dated Nov. 26, 2007.
g. **Figure 24** is based on an analysis of "raw data already produced to Defendant." See Email from Julie Greathouse to me, dated Nov. 19, 2007. Plaintiff is unable to point to any page of the record that supports this table. See Email from Julie Greathouse to me, dated Dec. 3, 2007.

4. The following documents have been recently exchanged:
a. AGFC10547-10670 (by Email from Julie to me, dated Nov. 20, 2007);
b. Mr. Heitmeyer's field notes (AGFC10671-10717) (by Email from Richard Hughes to me, dated Nov. 27, 2007); and
c. A description of the SUPER model, and modeling data from 1987-2000 (by Email from me to Julie et al, dated Nov. 21, 2007).

If any of the above is inaccurate, please let me know as soon as possible.

For your records, I have enclosed the raw data generated by Dr. Henri Grissino-Mayer

following his study of the tree cores taken from the WMA.

Sincerely,

William J. Shapiro

Enclosures

cc: Jennifer Dalton, Corps