COPY

**U.S. Department of Justice**

Environment and Natural Resources Division

*Natural Resource Section*
*Sacramento Field Office*
*501 I Street, Suite 9-700*
*Sacramento, CA 95814-2322*

*Telephone (916) 930-2207*
*Facsimile (916) 930-2210*

December 11, 2007

**Julie D. Greathouse**
Perkins & Trotter, PLLC
1 Information Way, Suite 200
Little Rock, AR 72202
(501) 603-9000 (phone)
(501) 603-0556 (fax)

**James F. Goodhart**
Arkansas Game & Fish Commission
2 Natural Resources Drive
Little Rock, AR 72205
(501) 364-4263 (phone)
(501) 223-6463 (fax)

**BY FAX, ORIGINAL TO FOLLOW VIA FEDERAL EXPRESS**

Re: Arkansas Fish and Game Commission v. United States, No. 05-381-L (CFC)

Counsel:

This letter is a second one (the first letter was transmitted to you on December 4, 2007) intended to ensure that you have transmitted all the information that is necessary to review Plaintiff's expert reports. We are working under the assumption that Plaintiff has fully responded, and supplemented, all earlier written discovery, as required by the Court's Rules.

We assume, therefore, that Plaintiff has fully responded to document requests in which we sought information relating to Kingwood Forestry Services, Inc.'s work regarding resource evaluation on the WMA and/or appraisals (see, e.g., Document Requests 7 and 22). These requests would include, but not be limited to, the following:

1. electronic and paper copies of any inventory maps showing plot locations or plot identifications for any timber cruises or inventories;
2. any copies of cruiser instructions and specifications for any timber cruises or inventories;
3. all electronic files uploaded and downloaded to handheld data recorders used to collect plot data, stand data, species data, product data, tree health data, condition

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
5

data, and any other data collected during any timber cruises or inventories;[1]

4. any copies of codes relevant to any timber cruises or inventories;
5. any data related to mapping of the WMA produced used by Kingwood;[2]
6. any lists of stand types or acreages used in the final volume calculations;
7. any and all data (including electronic data) and analyses of any data relied upon in any expert report, including any data and analyses of any data supporting the following statements:
   a. "Mortality in the mid-1980s and early 1990s in these stands was averaging only 1 to 2%." AGFC 1585.
   b. "Stand inventories conducted by the AGFC in the Winchester GTR (Tract #3) in 1986 and in the Gar Slough Area (Tract #4) in 1991, indicated that average mortality and/or die back in those years was only 1.5% and 1.1%, respectively. AGFC 1584-85.

We are unaware of the existence of any document responsive to these issues.

As I understand the earlier communications related to these matters, your office made certain files available for inspection and copying. As we stated to you in a March 20, 2007 letter, we located no documents related to any Kingwood activities in those files (or in any other discovery provided to the United States) responsive to these issues (see our March 20, 2007 letter to you detailing the need for "surveys, cruises, tally sheets, and plot data"). I note too that in your December 4, 2006 letter you indicated that information generated or relied upon by Kingwood would be produced. The only additional such Kingwood data that we have ever received are those documents marked with Bates Numbers AGFC9269-10371 and the Kingwood Reports themselves. See Your letter to HelenAnne, dated April 25, 2007.

In addition to the above, we have never been provided any documents related to any timber inventories undertaken in 1998. In our March 20, 2007 letter to you, we noted that AGFC 0198 stated that all compartments on the WMA were inventoried in 1998. Although we asked for those documents months ago, we have never received any supporting documents.

We assume, therefore, that Plaintiff has no documents responsive to the above issues and that no such documents exist. If this is incorrect, we request that you immediately supplement your earlier discovery responses.

---

[1] We note that Kingwood's December 2001 report states that "Data was recorded on hand held electronic data recorders." AGFC 2434. The United States has never been given any such data.

[2] We note that Kingwood's December 2001 report states that certain information was based "upon aerial photo interpretation and computer based data extraction from topographic maps." AGFC 2434. The United States has never been given any such data.

Sincerely,

William J. Shapiro

cc: Jennifer Dalton, Corps