**PERKINS & TROTTER, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY
*Attorneys and Counselors*

JULIE D. GREATHOUSE
jgreathouse@perkinstrotter.com

POST OFFICE BOX 251618
LITTLE ROCK, ARKANSAS 72225-1618
TEL 501-603-9000
FAX 501-603-0556
www.perkinstrotter.com

*Street Address*
1 Information Way, Suite 200
Little Rock, Arkansas 72202

December 21, 2007

*Via email*
William Shapiro
Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
501 I Street, Ste. 9-700
Sacramento, CA 95814

Re: *Arkansas Game & Fish Commission v. United States*; Ct. Fed. Cl., No. 05-381L

Mr. Shapiro:

This letter is sent as a follow-up to my correspondence on yesterday's date. As referenced in numbered item 4, responsive to your December 11, 2007 letter, below are codes provided by Kingwood Forestry:

01 Red Oak Sawtimber Dead
02 Red Oak Sawtimber Declining
03 Red Oak Sawtimber Healthy
04 White Oak Sawtimber Dead
05 White Oak Sawtimber Declining
06 White Oak Sawtimber Healthy
07 Misc. Sawtimber Dead
08 Misc. Sawtimber Declining
09 Misc. Sawtimber Healthy
10-16 Wetland Indicator species and Oak Regeneration
24 Hardwood Pulpwood Dead
25 Hardwood Pulpwood Declining
26 Hardwood Pulpwood Healthy

Also, attached are additional timber inventory maps provided by Kingwood Forestry, bates-numbered AGFC 10725 - 10731.

Sincerely,

PERKINS & TROTTER, PLLC

Julie D. Greathouse

JDG/scr

PDF document attached (AGFC 10725 - 10731)

cc: James F. Goodhart

Exhibit 7 to United States' Motion