**Shapiro, William (ENRD)**

**From:** Richard Hughes [rhughes@perkinstrotter.com]
**Sent:** Friday, December 21, 2007 2:15 PM
**To:** Shapiro, William (ENRD)
**Cc:** Julie Greathouse; jfgoodhart@agfc.state.ar.us; Selina Rice
**Subject:** AGFC v. US
**Attachments:** Shapiro 12-21-07.pdf; AGFC 10725 - 10731.pdf

Mr. Shapiro:

Please find the attached correspondence from Julie Greathouse and documents referenced therein.

Richard Hughes, IV
PERKINS & TROTTER, PLLC
P.O. Box 251618
Little Rock, Arkansas 72225
501-603-9000
www.perkinstrotter.com

Exhibit 8 to United States' Motion