## Shapiro, William (ENRD)

**From:** Shapiro, William (ENRD)
**Sent:** Friday, December 28, 2007 8:09 AM
**To:** Julie Greathouse; jfgoodhart@agfc.state.ar.us
**Cc:** Jennifer.Dalton@swl02.usace.army.mil
**Subject:** AGFC: Recent Information

Julie,

This will confirm receipt of your letters dated December 20 and 21, 2007, and transmittal of additional data (numbered AGFC 10718-10724, AGFC 10725-10731, and the Kingwood Shape Files (which I have been able to download, but not open).

Our experts have been able to open the Kingwood Shape Files, and tell me that it is impossible to understand the data without further information. For example, the maps appear to show the general location of plot lines from the first inventory completed in 2000; they do not contain information necessary to allow someone to associate the supplied individual plot data with the actual ground location of the data.

In addition, the shape files appear to show areas inventoried, but there is no way to correlate the shape files to the plot data.

Perhaps we can resolve these issues by talking directly to someone at Kingwood. Would you be willing to allow our experts to talk to someone at Kingwood within the next few days to try to resolve this?



Exhibit 9 to United States' Motion