**Shapiro, William (ENRD)**

---

**From:** Shapiro, William (ENRD)
**Sent:** Monday, January 07, 2008 3:16 PM
**To:** Julie Greathouse; jfgoodhart@agfc.state.ar.us
**Cc:** Jennifer.Dalton@swl02.usace.army.mil
**Subject:** RE: AGFC: Recent Information -- PROPOSED RESPONSE

Julie -

Thank you for your response. To be 100% sure I understand your response -- I understand from your response that (a) it is not possible to go out and find the marked trees now and (b) it is not possible to correlate the Kingwood cruise plot data with any map or specific map location. In addition, although you state that the "sample point locations were set out on a mechanical grid system with the first plot location selected from some feature on a map or aerial photo," it is not now possible to locate those plot locations on any set of maps.

Therefore, using the available information, our experts can tell in which Compartment a tree count was made; however, it is not possible for our experts to tell where in the Compartment any tree count was made. The level of detail of the Kingwood cruise data, then, cannot be focused any more narrowly than Compartment-wide.

Is that correct?

Bill

---

**From:** Julie Greathouse [mailto:jgreathouse@perkinstrotter.com]
**Sent:** Friday, January 04, 2008 9:37 AM
**To:** Shapiro, William (ENRD); jfgoodhart@agfc.state.ar.us
**Cc:** Jennifer.Dalton@swl02.usace.army.mil
**Subject:** RE: AGFC: Recent Information

Bill: I disagree with your assertion that Plaintiff has delayed in responding. We communicated with the Kingwood experts regarding your comments. See explanations below.

The sample point locations were set out on a mechanical grid system with the first plot location selected from some feature on a map or aerial photo. Every subsequent plot center was located relative to the first plot location with spacing (measured by pacing) along a predetermined cardinal direction (identified by a hand held compass). At the time of the cruise, each plot center was marked with plastic flagging with plot number ID marked on the flagging. The plot markers were clear and visible and easily relocated within a year or two after being set. Kingwood did not use a Geographic Positioning System to record plot locations. In time, the plastic flagging has been degraded or lost due to the influences of falling trees and limbs, sun, wind, flooding, hikers, hunters, etc.

As for the correlation between the shape files and plot data, the data can be correlated to the sampled areas but the actual plot locations cannot be recreated on the shape files for the reasons set forth above.

Julie

---

**From:** Shapiro, William (ENRD) [mailto:William.Shapiro@usdoj.gov]
**Sent:** Thu 1/3/2008 5:26 PM
**To:** Julie Greathouse; jfgoodhart@agfc.state.ar.us
**Cc:** Jennifer.Dalton@swl02.usace.army.mil; Shapiro, William (ENRD)
**Subject:** Re: AGFC: Recent Information

Exhibit 11 to United States' Motion

Julie -- Plaintiff's delay in getting us this information makes it impossible to make a response to these reports. If you are not able to make your experts available next week, please let me know by tomorrow so that we can determine our next step. I will be out tomorrow, but checking email. Thanks,

Bill

Sent Using U.S. DOJ/ENRD BES Server

----- Original Message -----
From: Julie Greathouse <jgreathouse@perkinstrotter.com>
To: Shapiro, William (ENRD); jfgoodhart@agfc.state.ar.us <jfgoodhart@agfc.state.ar.us>
Cc: Jennifer.Dalton@swl02.usace.army.mil <Jennifer.Dalton@swl02.usace.army.mil>
Sent: Mon Dec 31 13:00:27 2007
Subject: RE: AGFC: Recent Information

Bill: I will convey the issues noted in your email to Kingwood and will let you know their response.

Julie

-----Original Message-----
From: Shapiro, William (ENRD) [mailto:William.Shapiro@usdoj.gov]
Sent: Friday, December 28, 2007 10:09 AM
To: Julie Greathouse; jfgoodhart@agfc.state.ar.us
Cc: Jennifer.Dalton@swl02.usace.army.mil
Subject: AGFC: Recent Information

Julie,

This will confirm receipt of your letters dated December 20 and 21, 2007, and transmittal of additional data (numbered AGFC 10718-10724, AGFC 10725-10731, and the Kingwood Shape Files (which I have been able to download, but not open).

Our experts have been able to open the Kingwood Shape Files, and tell me that it is impossible to understand the data without further information. For example, the maps appear to show the general location of plot lines from the first inventory completed in 2000; they do not contain information necessary to allow someone to associate the supplied individual plot data with the actual ground location of the data.

In addition, the shape files appear to show areas inventoried, but there is no way to correlate the shape files to the plot data.

Perhaps we can resolve these issues by talking directly to someone at Kingwood. Would you be willing to allow our experts to talk to someone at Kingwood within the next few days to try to resolve this?

Exhibit 11 to United States' Motion