IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: January 18, 2008)

| | |
|---|---|
| ARKANSAS GAME & FISH COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

REVISED SCHEDULING ORDER

Pending before the court are plaintiff's Motion to Amend Schedule Setting Trial Date and the government's Motion for Modification of Scheduling Order. Plaintiff suggests that trial be set for a time during the fourth calendar quarter of 2008, and the government seeks to enlarge the time for disclosing its expert witnesses' reports from February 29, 2008 to April 11, 2008.

Both motions are GRANTED. In light of the telephonic conference held with the parties on January 18, 2008, the court adopts the following schedule for further proceedings in the case, among other things revising the schedule previously entered December 5, 2007:

| Event | Deadline |
|---|---|
| Government's disclosure of its expert witnesses' reports | April 11, 2008 |
| Plaintiff's disclosure of its expert witnesses' rebuttal reports | May 12, 2008 |
| Close of expert discovery | June 16, 2008 |
| Submission of joint status report | July 14, 2008 |
| Pre-trial conference | October 29, 2008 at 10:00 a.m. at the National Courts Building |

| | |
|---|---|
| Trial to commence | November 12, 2008 in either Little Rock or Jonesboro, Arkansas, commencing at 9:30 a.m. |

Trial shall be scheduled for eight trial days, extending through November 21, 2008. Each side shall have 26 hours to present its case. The particular courtroom to be used for the pre-trial conference will be listed in the lobby of the courthouse on the day of the proceeding.

It is so ORDERED.

s/ Charles F. Lettow
Judge