IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION, Plaintiff | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA, Defendant | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, Arkansas Game & Fish Commission, by and through its counsel, hereby submits this Status Report pursuant to the Court's instruction in the hearing of January 18, 2008.

A. TRIAL SETTING AND LENGTH OF TRIAL

Plaintiff moved the Court to set a trial date during the fourth quarter of 2008. The Court held a hearing on Plaintiff's motion and other matters on January 18, 2008. The Court entered an Order dated January 18, 2008, setting the case for trial beginning on November 12, 2008, in either Little Rock or Jonesboro, Arkansas for eight days, and set a limit on the presentation of each party's case to 26 hours.

In the telephonic hearing referenced above, the Court requested that the parties file status reports by January 25, 2008, to (1) confirm our respective witnesses' availability for the trial date; and (2) comment on whether the 26 hour case presentation limit is feasible.[1]

[1] The Court indicated that this time limit would apply to the presentation of the party's case and would not include administrative matters, extended discussion between the Court and counsel on evidentiary issues, opening and closing arguments, and the Court's questioning of witnesses. The Plaintiff also assumes that one party's cross-examination would not count against the other party's time limit.

All of the witnesses Plaintiff intends to call at this time have confirmed their availability for the trial dates set by the Court in its Order of January 18, 2008. The 26 hour case limit is feasible for the presentation of Plaintiff's case in chief.

DATED: January 25, 2008

By: /s/ Julie D. Greathouse
PERKINS & TROTTER, PLLC
P. O. Box 251618
Little Rock, AR 72225-1618
Telephone: (501) 603-9000
Telefax: (501) 603-0556
jgreathouse@perkinstrotter.com

Of Counsel

G. Alan Perkins
PERKINS & TROTTER, PLLC
Post Office Box 251618
Little Rock, AR 72225-1618
Telephone: (501) 603-9000
Telefax: (501) 603-0556
aperkins@perkinstrotter.com

James F. Goodhart
ARKANSAS GAME & FISH COMMISSION
#2 Natural Resources Drive
Little Rock, AR 72205
Telephone: (501) 223-6327
Telefax: (501) 223-6463
jfgoodhart@agfc.state.ar.us

*ATTORNEYS FOR PLAINTIFF*
ARKANSAS GAME & FISH COMMISSION

CERTIFICATE OF SERVICE

I certify that I have, on this 25th day of January 2008, served a copy of the foregoing document on the party hereto by electronic filing:

William Shapiro
United States Department of Justice
Environment & Natural Resources Division
501 I Street, Ste. 9-700
Sacramento, CA 95814

/s/ Julie D. Greathouse