**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION,<br>Plaintiff, | ) | No. 05-381L |
| v. | ) | Judge Charles F. Lettow |
| THE UNITED STATES,<br>Defendant. | ) | |

**UNITED STATES' STATUS REPORT**

Defendant, the United States of America, hereby submits this Status Report, in accordance with the Court's instruction in the hearing conducted on January 18, 2008. The Court has scheduled trial in this matter for November 12 to 21, 2008. During the January 18 hearing, the Court asked the parties to file separate status reports by today, January 25, 2008, to confirm the parties' witnesses' availability during the scheduled trial dates.

The undersigned counsel has confirmed the scheduled trial date with the majority of the government's expected witnesses, but has not been able to reach three individuals that the government expects to testify. The undersigned counsel will contact the remaining individuals as soon as possible, and confirm the November trial date in a subsequent status report. Defendant expects to be able to confirm the trial date no later than January 29, 2008.

Dated: January 25, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ William J. Shapiro__________
WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

Of Counsel

Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel
700 West Capitol
Little Rock, Arkansas 72201
(501) 324-6180 (phone)
Jennifer.Dalton@sw102.usace.army.mil