**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-381L<br><br>Judge Charles F. Lettow |

**UNITED STATES' STATUS REPORT**

Defendant, the United States of America, hereby submits this Status Report, in accordance with the Court's instruction in the hearing conducted on January 18, 2008. During the January 18 hearing, the Court asked the parties to file separate status reports to confirm the parties' witnesses' availability during the proposed trial dates, November 12 to 21, 2008. The undersigned counsel has contacted those individuals that the government expects to testify at trial, and confirmed their availability for the proposed trial dates.

Dated: January 29, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ William J. Shapiro__________
WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

Of Counsel

Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel
700 West Capitol
Little Rock, Arkansas 72201
(501) 324-6180 (phone)
Jennifer.Dalton@sw102.usace.army.mil