IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: May 12, 2008)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held by telephonic means on June 26, 2008, at 10:00 a.m. EDT, to discuss trial preparations. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge