IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: June 27, 2008)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

During the Status Conference held on June 26, 2008, the parties jointly requested an extension of time to file their Joint Status Report, currently due on July 14, 2008. The motion is GRANTED. The parties shall file a Joint Status Report on or before July 23, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge