IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: July 16, 2008)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

A courtroom is available in Little Rock, Arkansas during both periods that are possible for trial – *i.e.*, November 11 - 21, 2008, and December 1 - 12, 2008. The parties are requested to specify which trial dates they prefer in their Joint Status Report, due July 23, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge