IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKANSAS GAME & FISH COMMISSION<br>Plaintiff | ) | No. 05-381 L |
| v. | ) | Judge Charles F. Lettow |
| UNITED STATES OF AMERICA<br>Defendant | ) | |

**JOINT STATUS REPORT**

Plaintiff, Arkansas Game & Fish Commission, and Defendant, United States of America, by and through their respective counsel, hereby submit this Joint Status Report pursuant to the Court's orders entered on January 18, 2008 and June 27, 2008.

A. PENDING MOTIONS

No motions are currently pending before the Court.

B. DISCOVERY

The parties completed expert depositions on Friday, July 18, 2008. Both parties requested various documents from the experts during depositions and the parties are now compiling those documents for production in response to those requests. Aside from this post-deposition production, the parties have completed all discovery.

C. TRIAL DATE

By Order of July 16, 2008, the Court requested the parties specify, in this report, whether they prefer the November or December trial dates.

**Plaintiff states as follows:**

Plaintiff's witnesses are available for either trial date, except that for the December date one expert witness, Rick Watts, is only available during the first week of December. Plaintiff prefers the November trial setting but would be willing to accommodate either date with the goal of completing the trial of this case during 2008. Waterfowl hunting season is expected to begin on November 22, 2008, and continue until December 1, 2008, then will resume from December 6, 2008 until January 25, 2008. The Court may wish to plan a site visit to the WMA on a date when the waterfowl season is closed.

**Defendant states as follows:**

The United States strongly prefers a December trial date for the convenience of our witnesses and to ensure adequate opportunity to prepare for trial.

D. PROPOSED PRE-TRIAL SCHEDULE

The parties will comply with the pre-trial schedule set forth in Appendix A to the Rules of the Court of Federal Claims. Specifically, the parties propose the following schedule with regard to the November trial date:

| **Date** | **Event** |
|---|---|
| August 27, 2008 | Meeting of Counsel and exchange of Preliminary Exhibit and Witness Lists, as set forth in RCFC App. A, para. 13. |
| September 3, 2008 | Joint Certification, as set forth in RCFC App. A, para. 13(d). |
| September 10, 2008 | Plaintiff's Pre-Trial Memorandum, with Final Exhibit and Witness Lists, as set forth in RCFC App. A, paras. 14, 15, 16. |
| October 8, 2008 | Defendant's Pre-Trial Memorandum, with Final Exhibit and Witness Lists, as set forth in RCFC App. A, paras. 14, 15, 16. |
| October 15, 2008 | Motions in Limine Due |
| October 23, 2008 | Responses to Motions in Limine Due |
| October 28, 2008 | Replies to Motions in Limine Due |

| | |
|---|---|
| October 29, 2008 | Pre-Trial Conference |
| November 11-21, 2008 | Trial |
| Post-Trial Briefing | At the Court's convenience |

The parties propose the following schedule with regard to the December trial date:

| **Date** | **Event** |
|---|---|
| September 15, 2008 | Meeting of Counsel and exchange of Preliminary Exhibit and Witness Lists, as set forth in RCFC App. A, para. 13. |
| September 22, 2008 | Joint Certification, as set forth in RCFC App. A, para. 13(d). |
| September 29, 2008 | Plaintiff's Pre-Trial Memorandum, with Final Exhibit and Witness Lists, as set forth in RCFC App. A, paras. 14, 15, 16. |
| October 27, 2008 | Defendant's Pre-Trial Memorandum, with Final Exhibit and Witness Lists, as set forth in RCFC App. A, paras. 14, 15, 16. |
| November 7, 2008 | Motions in Limine Due |
| November 12, 2008 | Responses to Motions in Limine Due |
| November 17, 2008 | Replies to Motions in Limine Due |
| November 17, 2008 | Pre-Trial Conference |
| December 1-12, 2008 | Trial |
| Post-Trial Briefing | At the Court's convenience |

E. SETTLEMENT/ADR

The parties previously discussed the possibility of a negotiated settlement on September 12, 2006, and no further settlement discussions have taken place since that date. The parties have recently reopened discussions regarding the possibility of a negotiated settlement and will continue those discussions as this matter proceeds.

This report was jointly prepared by counsel for the parties. Counsel for Defendant has authorized Counsel for Plaintiff to file this Joint Status Report on behalf of both parties.

DATED: July 23, 2008

By: /s/ Julie D. Greathouse
PERKINS & TROTTER, PLLC
P. O. Box 251618
Little Rock, AR 72225-1618
Telephone: (501) 603-9000
Telefax: (501) 603-0556
jgreathouse@perkinstrotter.com

Of Counsel

G. Alan Perkins
PERKINS & TROTTER, PLLC
Post Office Box 251618
Little Rock, AR 72225-1618
Telephone: (501) 603-9000
Telefax: (501) 603-0556
aperkins@perkinstrotter.com

James F. Goodhart
ARKANSAS GAME & FISH COMMISSION
#2 Natural Resources Drive
Little Rock, AR 72205
Telephone: (501) 223-6327
Telefax: (501) 223-6463
jfgoodhart@agfc.state.ar.us

*ATTORNEYS FOR PLAINTIFF*
ARKANSAS GAME & FISH COMMISSION

By: /s/ William J. Shapiro
WILLIAM J. SHAPIRO
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

Of Counsel

Jennifer Dalton
United States Corps of Engineers
Little Rock District
Office of Counsel
700 West Capitol
Little Rock, Arkansas 72201
(501) 324-6180 (phone)
Jennifer.Dalton@swl02.usace.army.mil

Elizabeth Nicholas
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0436 (phone)
Elizabeth.Nicholas@usdoj.gov

*ATTORNEYS FOR DEFENDANT*
UNITED STATES OF AMERICA