IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: August 1, 2008)

ARKANSAS GAME & FISH COMMISSION,

Plaintiff,

v.

UNITED STATES,

Defendant.

REVISED SCHEDULING ORDER

The court acknowledges the joint status report filed July 23, 2008, setting out the parties' preferences for trial in November or December of this year. Based upon the representations in that report and the availability of a courtroom in Little Rock, Arkansas during either of the projected times for trial, the court revises the order previously entered December 5, 2007, as amended January 18, 2008, to provide that further proceedings in this case shall proceed on the following schedule:

| Event | Deadline |
| --- | --- |
| Joint Certification, RCFC App. A, ¶ 13 | September 22, 2008 |
| Plaintiff's Pre-Trial Memorandum, Exhibit List, and Witness List | September 29, 2008 |
| Defendant's Pre-Trial Memorandum, Exhibit List, and Witness List | October 27, 2008 |
| Motions *in Limine* | November 7, 2008 |
| Responses to Motions *in Limine* | November 12, 2008 |
| Replies to Motions *in Limine* | November 17, 2008 |

| | |
|---|---|
| Pre-Trial conference | November 24, 2008<br>at the National Courts Building,<br>commencing at 10:00 a.m. |
| Trial | December 1–12, 2008<br>at the U.S. courthouse, Little Rock,<br>Arkansas, commencing at 9:30 a.m.<br>on the first day |

A site visit will be held on Friday, December 5, 2008, if appropriate arrangements for such a visit can be made. Testimony may be taken during a portion of that day.

Arrangements and dates for post-trial briefing will be established at the close of trial.

It is so ORDERED.

s/ Charles F. Lettow
Judge